**Alexander Stewart, Ph.D. LLC**
**Musicology Report**

**January 8, 2019**

**Re: "I Need To Love" and "A Lonely Night"**

1. I am Professor of Music, Jazz Studies Coordinator, and former Director of Latin American and Caribbean Studies at the University of Vermont. I helped design and implement the Music Technology and Business Program. I have contributed to numerous peer-reviewed journals and other publications and I am author of a book, *Making the Scene: Contemporary New York City Big Band Jazz*, published by University of California Press (2007). My article on drumming and rhythms, "Funky Drummer," first published in the British journal *Popular Music* in 2000, has been reprinted in several anthologies and has been widely cited. My scholarly work encompasses extensive music transcriptions, musicological analysis, historical research, and other activities, particularly in popular music. I earned a Ph.D. in Music (Ethnomusicology Concentration) from the Graduate Center of the City University of New York (CUNY) and a Master of Music in Jazz and Commercial Music from Manhattan School of Music. During 2006-7 I was a Fulbright scholar researching traditional and popular music in Mexico. As an active professional musician for more than forty years I have performed and recorded with leading musicians in jazz and popular music such as Lionel Hampton, Wynton Marsalis, and Ray Charles. I have provided expert opinions and analysis and lectured widely on music copyright matters for over fifteen years.

2. I have been asked to compare "I Need To Love" and "A Lonely Night." I was provided mp3 audio files of these two songs by Francis Malofiy of Francis Alexander, LLC. I downloaded the sheet music of "A Lonely Night" from musicnotes.com. I transcribed relevant portions from both recordings, which, along with the sheet music, are contained in or attached to this report.

3. My preliminary investigation and analysis has revealed substantial similarities between these two songs. Subjectively, I believe these similarities are so clear as to be obvious even to a casual listener. As seen in my objective analysis below, these similarities amount to, both quantitatively and qualitatively, the most important musical expression in both works. In my opinion, based on the level of detail in which these similarities are found, these similarities could only result from copying.

4. General Characteristics

|    | Tempo        | Key     |
|----|--------------|---------|
| NL | ~120 bpm[1]  | F# minor |
| LN | 114 bpm      | G minor  |

Both songs are set to a minor mode. F# minor and G minor are one half-step apart from each other, as close as two keys can be in the Western tonal system.

The tempos of each song differ slightly. LN is only six beats per minute slower, a difference of about 5%. For ease of comparison, following standard musicological procedure, the chords have been transposed to the same key, G minor.

5. Harmony

| NL              | F#min7    | Bmin7     | E | E7 | F#min7 |
|-----------------|-----------|-----------|---|----|--------|
| NL (transposed) | **Gmin7** | **Cmin7** | F | F7 | Gmin7  |
| LN              | **Gmin7** | **Ebmaj7** | Dmin7 | | |

The passages at issue in this matter (as discussed further below) are set to the first two chords, G minor seventh to C minor in "Need to Love" and G minor seventh to E-flat major seventh in "Lonely Night."

| NL (transposed) | Gmin7 | Cmin7  |
|-----------------|-------|--------|
| LN              | Gmin7 | Ebmaj7 |

As can be seen, only the second chord is different. But C minor and E-flat major are two closely related chords. Indeed, in basic music theory, E-flat major is considered the relative major of C minor and the two keys have the same key signature. The two chords share most of the same pitches as given below:

| Chord name[2] | Pitches        |
|---------------|----------------|
| C minor 7     | C **Eb G Bb**  |
| Eb major 7    | **Eb G Bb** D  |



---

[1]  bpm = beats per minute

[2]  Chord symbols for minor include a dash (C-7), a lower case "m" (Cm7), and the letters "min" (Cmin7). Major chords are indicated with an upper case "M" (CM7) or the letters "maj" (Cmaj7).

The seventh chords contain three of their four pitches in common. The main difference is the bottom pitch or root of each chord. In practice, these two chords are often interchangeable. As a result, the passages at issue in this matter are set to almost identical harmonies.

6. Signature passage or "hook" of each song
The most important musical expression in both songs consists of virtually identical musical passages. Example 1 below provides a transcription of the first full iteration of these parts in each song. As will be demonstrated in my analysis below, quantitatively and qualitatively these passages form the "hooks" or most valuable content of each song. As with the harmonies, for comparison purposes the passages have been transposed to the same key, G minor.

Example 1      Signature phrases: "Need To Love" (transposed to G minor) and "Lonely Night"



All the notes in common have been highlighted in red. Besides sharing almost all the same pitches (discussed further below under pitch sequence), the melodies in each song consist of two phrase parts, a shorter figure on the first four syllables that functions as an antecedent phrase segment and a longer figure containing the next eleven syllables that functions as a consequent or answering phrase segment. These phrase segments are separated by a quarter-rest (one-beat rest) and set to almost exactly the same pitch sequences, rhythms, metric placement, and harmony.

|     | Antecedent figure | Consequent figure |
|-----|-------------------|-------------------|
| NL  | It's clear to me  | get that fun-ny feel-ing when you're next to me |
| LN  | A lone-ly night   | ba-by girl I loved you on a lone-ly night (oh) |

Pitch sequence
An important way of comparing melodies is by pitch sequence. To facilitate comparison I have converted each pitch of the natural G minor scale to an integer from one to seven as follows:

1 = G
2 = A
3 = B-flat
4 = C
5 = D
6 = E-flat
7 = F

The sequences of the first fifteen pitches in the melodies in Example 1 can thus be represented as:

NL   5215 21212321216
LN   3255 21212321266

In the above sequence, all but three of the fifteen pitches (80%) of the melodic hook of NL have been copied in the melodic hook of LN. The rhythmic gestures are also nearly identical. The shorter first phrase of four syllables in each song begins with a pick up eighth note leading to the downbeat of the next measure. This note leads to two quicker notes on the last two syllables, the last of which anticipates the third beat. The second, longer phrase begins on beat one of the next measure with syncopated sixteenth notes on the 2nd and 1st scale degrees (A and G) before moving up to a longer note on the 3rd degree of the scale (B flat) and returning on beat four to eighth notes set to the 2nd and 1st scale degrees. A longer note on the first beat of the next measure on the second scale degree precedes the move to the flatted sixth (E-flat), which, as in the antecedent phrase, anticipates the third beat. As mentioned earlier, in both songs, these melodies are set to almost identical harmony. One small difference is the added "oh" at the end of the Lonely Night phrase which is not found in NL.

Example 2.     Signature phrases: "Need To Love" (transposed to G minor) and "Lonely Night"



NL    215 21212321216
LN   3255 21212321266 (75)

In the above sequences, all but two of the pitches out of fourteen (86%) in NL have been copied in LN. Most of the analysis of the rhythmic and metric phrasing in Example 1 applies here also. As can be seen, the rhythmic setting of the first eleven syllables of the second phrase is even closer – the sixteenth-note syncopation matches almost exactly in the third measure.

Example 3.    Signature phrases: "Need To Love" (transposed to G minor) and "Lonely Night"



NL    **5215  121212321216**
LN  5**53215  1212123212**66 (75)

In the above sequences in Example 3 all but one pitch out of sixteen (94%) in NL has been copied in LN. One difference in this example is the three-note pick up to the first phrase in LN. But even this detail can be found in LN as can be seen in Example 4.

<u>Antecedent figures</u>
The first shorter or antecedent figure also plays a prominent role in NL where it is coupled with a shorter version of second phrase. Example 4 illustrates the similar three-note pickups this phrase contains in common with the second iteration of the Lonely Night phrase at 0:58.

Example 4.    Antecedent figures in "Need To Love" and "Lonely Night"



**513215**
**553215**

Once again, the pitch sequences are almost identical.

One final detail further confirms copying. In both songs the antecedent phrase is followed by an imitative phrase that provides a melodic echo. In NL this musical effect occurs at the beginning of the work (and elsewhere) and the same device can be heard at 2:48 in LN.

Example 5.    Melodic "echoes" in "Need To Love" and "Lonely Night"





7. Quantitative significance

The passages discussed above appear numerous times throughout both works. In NL, in addition to the complete phrases, the antecedent figure and the ending of the consequent figure (the last four syllables) appear by themselves. In musicological terms, a salient thematic element (a "motif" in the visual arts or in literature) is called a "motive." For the sake of musical analysis, motives are often assigned a letter and closely related motives containing slight variations are given the same letter followed by a superscript number. Because these phrases are closely related, differing only in their lowest and final pitch I have labeled them Motive A and Motive $A^1$. In example 6 Motive A is circled in green and Motive $A^1$ in blue.

Example 6    Motive A and Motive $A^1$



In the following chart these appearances are labeled accordingly. "Complete" iterations include the full antecedent and consequent figures. All times are approximate within one second.

"Need To Love"
0:01-0:09 motives AA[1]
0:18-0:25 complete
0:34-0:41 complete
0:49-0:56 motives AA[1]
1:06-1:13 complete
1:22-1:29 complete
1:37-1:45 motives AA[1]
1:53-2:00 motives AA[1]
2:09-2:16 motives AA[1] instrumental variation
2:38-2:45 motives AA[1]
2:53-3:00 motives AA[1] with vocal embellishment
3:09-3:16 motives AA[1] with vocal embellishment
3:24-3:31 motives AA[1] with vocal embellishment
3:41-3:48 motives AA[1]

"A Lonely Night"
0:50-0:58 complete
0:58-1:06 complete
1:40-1:48 complete
1:48-1:56 complete
1:58-2:00 instrumental (motive A)
2:40-2:48 complete
2:48-2:56 complete
2:56-3:05 complete
3:05-3:13 complete
3:15-3:18 (partial)

As can be seen above, the passages at issue occur 14 times in NL (including four complete iterations) and 10 times in LN (including eight full iterations). In NL this musical content comprises 1:39 minutes of the 3:58 song, or 42%. In LN the expression constitutes 1:10 of the 3:40 song, or 32%.

|    | # of iterations | Time |
|----|-----------------|------|
| NL | 14 iterations   | 1:39 of 3:58 or 42% |
| LN | 10 iterations   | 1:10 of 3:40 or 32% |

8. Qualitative significance
My quantitative analysis is based on the durations of the various passages in relation to the overall songs. Following standard musicological procedures, these quantitative measurements should be adjusted according to the qualitative significance of the musical expression at issue.

In both songs, the passages at issue form the core of each work and their significance is augmented by their structural location and function. Besides appearing throughout the entire work, in "Need To Love" the passages appear at the very beginning of the song and are repeated numerous times at the end. They make not only the initial impression upon the listener but also leave a lasting impression as the final sounds the listener hears. Their phrasing, melodic contour, and rhythmic setting make them the most musically interesting elements of the entire work. While not heard at the beginning of "Lonely Night," these passages form the chorus or hook of LN.  The chorus of LN is based almost entirely on this musical expression and the lyrics containing the song's title are first heard during this section. In fact, the words "a lonely night" in the phrase "**A lonely night**, baby girl I loved you on **a lonely night**" are set to the Motives A and A[1] discussed above, in effect the song's title words forming bookends on the musical expression at issue.  As in NL, these passages also form the "outro" or ending of LN where they are heard five times in the final minute of the song.

The passages discussed above are the most important and memorable musical expression in both songs. Composers and producers in popular music consider that, in order to be successful, songs must contain at least one or more of these memorable passages or "hooks." These passages are unquestionably the "hooks" or most valuable expression in each song.

9. In this investigation and analysis I have found substantial similarities that in my opinion can only be the result of copying. These similarities include melodic, harmonic, rhythmic, and foundational musical expression more generally as well as important details. This expression is the most valuable content in both songs both from a quantitative and qualitative perspective.

10. As a preliminary inquiry, this report is not intended to be exhaustive and I retain the right to amend or supplement it should further information become available.

Respectfully submitted,

Alexander Stewart, Ph.D. LLC

# Need to Love



*From: "The Weeknd - Starboy"*

# A Lonely Night

by

ABEL TESFAYE, MAX MARTIN,
SAVAN KOTECHA, AHMAD BALSHE,
ALI PAYAMI, JASON QUENNEVILLE
and ANDERS SVENSSON

Published Under License From

Kobalt Music Publishing America, Inc.

Copyright © 2016 Songs Music Publishing, LLC o/b/o Songs Of SMP, MXM, WB Music Corp.,
Wolf Cousins, Warner/Chappell Music Scandinavia AB, Universal Music Corp. and Sal And Co LP
All Rights for MXM Administered Worldwide by Kobalt Songs Music Publishing
All Rights for Wolf Cousins and Warner/Chappell Music Scandinavia AB in the U.S. and Canada Administered by WB Music Corp.
All Rights for Sal And Co LP Administered by WB Music Corp. and Universal Music Corp.
All Rights Reserved Used by Permission

Authorized for use by *Alexander Stewart*

NOTICE: Purchasers of this musical file are entitled to use it for their personal enjoyment and musical fulfillment.  However, any
duplication, adaptation, arranging and/or transmission of this copyrighted music requires the written consent of the copyright owner(s)
and of Kobalt Music Publishing America, Inc..  Unauthorized uses are infringements of the copyright laws of the United States and
other countries and may subject the user to civil and/or criminal penalties.

 musicnotes.com

# A LONELY NIGHT

Words and Music by ABEL TESFAYE,
ANDERS SVENSSON, MAX MARTIN,
SAVAN KOTECHA, AHMAD BALSHE,
ALI PAYAMI and JASON QUENNEVILLE



Why would you wan-na bring some-thin' be-tween us? There's noth-in' be-tween \_\_
How can I make you re-think your de-ci-sion, un-ru-ly de-ci-

Copyright © 2016 Songs Music Publishing, LLC o/b/o Songs Of SMP, MXM, WB Music Corp.,
Wolf Cousins, Warner/Chappell Music Scandinavia AB, Universal Music Corp. and Sal And Co LP
All Rights for MXM Administered Worldwide by Kobalt Songs Music Publishing
All Rights for Wolf Cousins and Warner/Chappell Music Scandinavia AB in the U.S. and Canada Administered by WB Music Corp.
All Rights for Sal And Co LP Administered by WB Music Corp. and Universal Music Corp.
All Rights Reserved    Used by Permission

Authorized for use by: *Alexander Stewart*



Authorized for use by: *Alexander Stewart*

Authorized for use by: *Alexander Stewart*



Authorized for use by: *Alexander Stewart*



Authorized for use by: *Alexander Stewart*



Authorized for use by: *Alexander Stewart*

