Peter Anderson, Esq., Cal. Bar No. 88891
  peteranderson@dwt.com
Nicolette Vairo, Esq., Cal. Bar No. 311592
  nicolettevairo@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899

Attorney for Defendants
ABEL M. TESFAYE, KARL MARTIN
SANDBERG, SAVAN HARISH KOTECHA,
AHMED BALSHE, JASON QUENNEVILLE,
WASSIM SALIBI, THE WEEKND XO, LLC,
THE WEEKND XO, INC., THE WEEKND XO
MUSIC, ULC, DAHEALA & CO., LLC, SAL &
CO MANAGEMENT LP, SAL & CO LP, XO&CO.,
INC., UNIVERSAL MUSIC GROUP, INC., UMG
RECORDINGS, INC., UNIVERSAL MUSIC
PUBLISHING, INC., UNIVERSAL MUSIC
CORPORATION, KOBALT MUSIC PUBLISHING
AMERICA, INC., WARNER CHAPPELL MUSIC, INC.,
W CHAPPELL MUSIC CORP., SONGS MUSIC
PUBLISHING, LLC, ARTIST NATION MANAGEMENT
GROUP, INC., MXM, LLC, MXM MUSIC, AB,
and WOLF COUSINS

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| William Smith, *et al.*, | Case No. 2:19-cv-02507-PA-MRWx |
| Plaintiffs, | |
| v. | DECLARATION OF DR. LAWRENCE FERRARA IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT |
| Abel M. Tesfaye, *etc.*, *et al.*, | |
| Defendants. | |
| | Date: July 6, 2020 |
| | Time: 1:30 p.m. |

Courtroom of the Honorable
Percy Anderson
United States District Judge

**DECLARATION OF DR. LAWRENCE FERRARA**

I, Lawrence Ferrara, declare and state:

1.     I am over the age of 18 and I have personal knowledge of the following facts and could competently testify to these facts if called upon to do so.

2.     I am a musicologist and a Full Professor of Music and the Director Emeritus of all studies in Music and the Performing Arts in New York University's Steinhardt School.

3.     I was asked in connection with this matter to perform a comparative musicological analysis of the musical compositions in *I Need to Love* and *A Lonely Night*.   Attached to this Declaration as Exhibit 2 is a true and correct copy of my initial Report dated April 5, 2020, setting out my qualifications, analysis of the musical compositions *I Need to Love* and *A Lonely Night*, and my conclusions as to those musical compositions.   The following sound recordings accompanied my initial Report as audio exhibits:

        (a)     Audio Exhibit 1: *I Need to Love*;

        (b)     Audio Exhibit 2: *A Lonely Night*;

        (c)     Audio Exhibit 3: *Heart of Glass*, Blondie (1978);

        (d)     Audio Exhibit 4: *The World Is Not Enough*, title song in the motion picture, *The World Is Not Enough* (1999); and

        (e)     Audio Exhibit 5: The theme music of the 1992-1997 television series, *X-Men: The Animated Series* (1992)

A CD with these Audio Exhibits accompanies this Declaration.

4.     I also was then asked to review and consider a Report dated January 8, 2019, by Dr. Alexander Stewart, which I understand was designated by plaintiffs' counsel as their musicologist's Report.   Attached to this Declaration as Exhibit 4 is a true and correct copy of my Rebuttal Report dated April 25, 2020, which sets out my conclusions regarding Dr. Stewart's Report as to *I Need to Love* and *A Lonely Night*.

///

1

5.      My attached initial Report, including its audio exhibits, and my attached Rebuttal Report, are each made a part of and incorporated in this Declaration and I can and do testify to my statements, analyses, and conclusions in my initial Report and Rebuttal Report.

6.      As set out in more detail in my initial Report and rebuttal Reports, and by applying established and recognized musicological practices and analyses, and this Circuit's extrinsic test, including by dissecting the works, analyzing prior art, and identifying elements that were in common use or widely available prior to plaintiffs' work:

(a)      There are no musicologically significant similarities between *I Need to Love* and *A Lonely Night*, but there are many musicologically significant differences.

(b)      The structure of *I Need to Love* and the structure of *A Lonely Night* incorporate some of the same generic structural building blocks, but they are organized and used differently, including differences in length and number, and *A Lonely Night* includes pre-choruses and a solo, but *I Need to Love* does not.   Dr. Stewart's Report does not discuss or analyze the structure of *I Need to Love* and *A Lonely Night*, and does not consider their differences.

(c)      *I Need to Love* is recorded in the key of F-sharp minor while *A Lonely Night* is recorded in the key of G minor, which is a half-step higher.  If *I Need to Love* and *A Lonely Night* had been recorded in the same key, and they are not, that would not be musicologically significant because countless musical works are in minor keys.  In fact, in tonal music over the last three centuries there are two types or modes of keys, namely major and minor.

(d)      As for harmony, which refers to the presence and use of chords, transposing *I Need to Love* and *A Lonely Night* to the same key

2

for comparison and analysis, demonstrates that the verses and choruses of *I Need to Love* and *A Lonely Night* share only one chord, namely the Gm7 chord, which is a commonplace chord used in countless musical compositions.   In addition, the remaining chords in the chord progressions, as well as the harmonic rhythm (the rate at which chords change), are different in *I Need to Love* and *A Lonely Night*:

| | bars 1-2 | bar 3 | bar 4 | bars 5-6 | bar 7 | bar 8 | |
|---|---|---|---|---|---|---|---|
| *I Need to Love*: | Gm7 | Cm7 | Cm7 | F  F7 | Gm7 | Cm | D7 |
| *A Lonely Night*: | Gm7 | Ebmaj7 | Dm7 | Gm7 | Ebmaj7 | Dm7 | |

There is no musicologically significant similarity in a single, commonplace chord being present among different chords organized differently.  Dr. Stewart's Report does not discuss or analyze the many other harmonic differences.

(e)     As for rhythm, both *I Need to Love* and *A Lonely Night* are in 4/4 meter, or "common time," which is a commonplace musical building block.  The overall rhythmic flow is different in *I Need to Love* and *A Lonely Night*, for example, with *A Lonely Night* having a staccato and syncopated bass rhythm absent in *I Need to Love*.  There are melodies in *I Need to Love* and *A Lonely Night* that bear some rhythmic similarities, but they are found in prior art.  Dr. Stewart's Report does not discuss or analyze prior art.

(f)     *I Need to Love* and *A Lonely Night* share a melodic similarity but it is not musicologically significant because any melodic similarity appears in widely distributed prior art that, in some instances and respects, is closer to *I Need to Love* or *A Lonely Night* then they are to each other.  That prior art includes *Heart of Glass* by Blondie, the title song for the James Bond movie, *The World Is Not Enough*, and the theme music for the television series, *X-Men: The Animated Series*.  For

3

example, here are transcriptions from my initial Report of the relevant portions of the prior art work, *Heart of Glass*, and *I Need to Love*, with the exact same notes they share in red and with two very close notes in purple:



Also, as part of the dissection and analysis of the relevant three bars of melody in verse 1 of *I Need to Love* and chorus 1 of *A Lonely Night*, I placed an "X" over each note in *A Lonely Night* that appears in *Heart of Glass* or is not in *I Need to Love*.  As shown in the comparative transcription immediately below, that leaves only one note, marked in red in this transcription, per measure over the three measures:



This same dissection and analysis as to another example of prior art, *The World Is Not Enough*, leaves only two notes in the relevant melodies of chorus 1 of *I Need to Love* and chorus 1 of *A Lonely Night* after placing

1    an "X" over each note that also appears in *The World Is Not Enough* or
2    is not in *I Need to Love*:



13    In light of prior art, there is no musicologically significant similarity in
14    melody in *I Need to Love* and *A Lonely Night*.  Furthermore, besides the
15    three bars of melody, the melodies in *I Need to Love* and *A Lonely Night*
16    are very different.  Dr. Stewart's Report does not discuss or analyze prior
17    art or the many differences in melody between *I Need to Love* and *A
18    Lonely Night*.

19         (g)    There are no similarities in the lyrics of *I Need to Love* and
20    *A Lonely Night*, and instead the lyrics of *I Need to Love* and *A Lonely
21    Night* are very different.  Dr. Stewart's Report does not discuss or analyze
22    the lyrics or their differences.

23    7.    Based on my review and analysis of *I Need to Love* and *A Lonely Night*,
24    I found that there are no musicologically significant similarities, and there are many
25    musicologically significant differences.

26    ///
27    ///
28    ///

5

8.      Based on my review and analysis and considering prior art, there is no musicological evidence that any similarities between *I Need to Love* and *A Lonely Night* are the result of *A Lonely Night* copying *I Need to Love*.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 28, 2020.



_____
LAWRENCE FERRARA, Ph.D.