# EXHIBIT 2

(BY) LAWRENCE FERRARA, Ph.D.
(FOR) LAWRENCE FERRARA, INC.

# REPORT REGARDING

# <u>"I NEED TO LOVE"</u>

# AND

# <u>"A LONELY NIGHT"</u>

## I. INTRODUCTION AND SUMMARY

1. My faculty rank at New York University is Professor of Music, and my title is Director Emeritus of all studies (B.M. through Ph.D.) in Music and the Performing Arts in New York University's Steinhardt School. I have written and co-written published books and articles (in peer-reviewed journals) regarding music analysis, methodologies in music research, and other scholarly areas related to music. I sit on editorial boards of peer-reviewed journals. I have provided analyses and opinions in connection with music copyright issues for more than 20 years. My *curriculum vitae* is attached as **Appendix 1**. A table of contents of this report is attached as **Appendix 2**. A list of audio tracks referenced in this report is attached as **Appendix 3**.

2. I have been asked to complete a comparative musicological analysis of Plaintiffs' composition "I Need to Love" and Defendants' composition "A Lonely Night". It is my understanding that Plaintiffs state that "I Need to Love" was created in 2004-05. "A Lonely Night" was released in 2016.

<u>Summary of Findings</u>

3. On the basis of my musicological analysis, which is described below, it is my professional opinion that while "I Need to Love" and "A Lonely Night" share musical similarities, those similarities exist in well-known prior art. The similarities between "I Need to Love" and "A Lonely Night" were plainly accessible to the writers of both "I

Need to Love" and "A Lonely Night". For example, musical elements that are found in both "I Need to Love" and "A Lonely Night" are in the very well-known hit songs, "Heart of Glass" (recorded by Blondie and released on the album *Parallel Lines* in 1978 and as a single in 1979) and "The World Is Not Enough" which was the title song in the 1999 James Bond movie, *The World Is Not Enough* (released in 1999 as track 1 on the movie sound track album and as a single in 1999).

4. After removing the expression that is also found in "Heart of Glass", the melodic similarity that remains between "I Need to Love" and "A Lonely Night" is only 3 fragmentary pitches (merely 1 isolated pitch per bar). From a musicological perspective, the similarities that preexist "I Need to Love" in "Heart of Glass" alone (along with "The World Is Not Enough" and another prior art work identified below) cannot be used to support a claim of copying, or a claim of the copying of expression that can be monopolized in "I Need to Love". Consequently, when viewed in the context of prior art, there are no significant structural, harmonic, rhythmic, lyrical, or melodic similarities between "A Lonely Night" and "I Need to Love," and there is no support for a claim that any musical elements found in "A Lonely Night" were copied from "I Need to Love".

Materials Used in the Analysis of "I Need to Love" and "A Lonely Night"

5. I used the following materials in my analysis: (1) "I Need to Love" at https://www.youtube.com/watch?v=yu7DKWQ2ibM which I converted to an mp3 audio recording and attached as Track 1 on **Audio Exhibit 1**; (2) an mp3 audio recording of "A Lonely Night" performed by The Weeknd which I downloaded from iTunes and attached as Track 2 on **Audio Exhibit 1**; (3) published sheet music of "A Lonely Night" attached as **Visual Exhibit A**, and (4) recordings and/or published sheet music of prior art musical works referenced in this report.

Overall Methodology

6. I analyzed and compared "I Need to Love" and "A Lonely Night" using the following overall methodology: (1) analysis of "I Need to Love" and "A Lonely Night" in

their entireties, (2) analysis of each of their component elements individually and in combination, (3) analysis of prior art, i.e., music released or published prior to 2004, and (4) analysis of "I Need to Love" and "A Lonely Night" in their entirety within the context of the analysis of their component elements and prior art.

Musical Compositions and Basic Terminology

7. A musical composition is composed of certain distinct elements that can be analyzed separately, and in combination. When analyzing two compositions in order to form an opinion as to whether they share sufficient similarities that might support a music copyright infringement claim, some elements are more important than others, namely: (1) structure; (2) harmony; (3) rhythm; and (4) melody, and when present, (5) lyrics.[1] On the other hand, similarities or differences in the key (e.g., if two compositions are in the same key or in different keys), tempo (i.e., how fast or slow), meter (e.g., 4/4 time), instrumentation (e.g., the use of guitars, drums, synthesizers, etc.), and style or genre (e.g., hip hop, country, etc.) are less significant insofar as they represent musical building blocks and/or commonplace practices used in countless musical compositions. Brief definitions of the five enumerated elements listed above follow.

(a) **Structure** is the organization of musical units or musical groups, often dictated by the development of the melody and/or lyrics. The larger portions or sections of songs are generally referred to as Verses and Choruses. The material within Verses and Choruses consists of phrases.

(b) **Harmony** refers to the tonal relationship of pitches that sound simultaneously, especially (but not exclusively) with respect to the use and

---

1 For example, Ronald S. Rosen writes: "Thus, from the copyright perspective (and in the view of many musical professionals)…the basic elements of music are: melody, harmony, rhythm, and form/structure." (Ronald S. Rosen, *Music and Copyright*, Oxford University Press, 2008, p. 156). In addition and as cited in Rosen (footnote 19 on page 156): "In *Tisi v. Patrick*, both experts were in agreement "that the elements to be considered on the question of similarity between [the two songs] were structure, melody, harmony and rhythm." 97 F.Supp.2d 539,543 (S.D.N.Y.2000)."

organization of "chords."[2] A sequence of chords is referred to as a chord progression. Harmonic rhythm is the rate at which chords change.[3]

(c) **Rhythm** refers to the pattern and organization of the time values of sounds and silences as well as the overall rhythmic flow and feel in musical time.[4]

(d) **Melody** is a single line of music that consists primarily of a succession (i.e., a sequence or order) of pitches and the rhythmic durations of those pitches within a melodic phrase structure. Pitch is the specific high or low placement of a musical sound, often identified within a musical scale.[5] An "interval" names the number of tones between two pitches.

(e) **Lyrics** are the words (or text) that are sung or spoken in a song.

## II. ANALYSIS OF "I NEED TO LOVE" AND "A LONELY NIGHT"

### II. A. FORM/STRUCTURE

8. I found no significant similarities in the structures of "I Need to Love" and "A Lonely Night".

9. A comparative chart of the structure or form of "I Need to Love" and "A Lonely Night" is presented immediately below. The structural chart includes the name

---

2 *See* "harmony" in *The Harvard Dictionary of Music* (Fourth Edition, 2003, Harvard University Press p. 379) and *The New Grove Dictionary of Music and Musicians* (Second Edition, 2001, Vol. 10, p. 858).

3 *See* "harmonic rhythm" (*Harvard*, p. 376), (*Grove*, Vol. 10, 854).

4 *See* "rhythm" (*Harvard*, p. 723), (*Grove*, Vol. 21, p. 277).

5 *See* "melody" (*Harvard*, p. 499), (*Grove*, Vol. 16, p. 363).

of each section and its starting time. The timings are within approximately 1 second of the sound recording. The structural chart also includes the number of bars[6] in each section.

"I NEED TO LOVE"
Structural Chart

| | | |
|---|---|---|
| 0:00 | Introduction | (1 bar) |
| 0:01 | Chorus 1 | (8 bars) |
| 0:18 | Verse 1 | (16 bars) |
| 0:50 | Chorus 2 | (8 bars) |
| 1:06 | Verse 2 | (16 bars) |
| 1:38 | Chorus 3 | (16 bars) |
| 2:10 | Bridge | (14 bars) |
| 2:38 | Chorus 4 | (8 bars) |
| 2:54 | Outro | (25 bars) |
| | (ends at 3:44) | |

"A LONELY NIGHT"
Structural Chart

| | | |
|---|---|---|
| 0:00 | Introduction | (8 bars) |
| 0:17 | Verse 1 | (8 bars) |
| 0:34 | Pre-chorus 1 | (8 bars) |
| 0:50 | Chorus 1 | (8 bars) |
| 1:07 | Verse 2 | (8 bars) |
| 1:24 | Pre-chorus 2 | (8 bars) |
| 1:41 | Chorus 2 | (8 bars) |
| 1:58 | Solo | (4 bars) |
| 2:06 | Pre-chorus 3 | (8 bars) |
| 2:23 | Bridge | (8 bars) |
| 2:40 | Chorus 3 | (16 bars) |
| 3:14 | Outro | (12 bars) |
| | (ends at 3:40) | |

10. As demonstrated in the chart above, "I Need to Love" and "A Lonely Night" incorporate generic structural building blocks in music through the use of Introduction, Verse, Chorus, Bridge, and Outro (ending) sections. In addition, the 8-bar or 16-bar duration of Choruses 1, 2, and 3 is the same in both songs, which is not significant because 8 and 16-bar durations in Choruses are commonplace.

11. "I Need to Love" and "A Lonely Night" have several structural differences including:

- The Introduction in "I Need to Love" is only 1 bar, while the Introduction in "A

6 A "bar" (also termed a "measure") is a unit of musical time demarcated by vertical lines termed "bar lines." In 4/4 time or meter, a bar consists of four quarter note beats.

Lonely Night" is 8 bars;

- The Introduction in "I Need to Love" is followed by the Chorus, while the Introduction in "A Lonely Night" is followed by the Verse;
- The Verses in "I Need to Love" are 16 bars, while the Verses in "A Lonely Night" are 8 bars;
- There are three Pre-choruses in "A Lonely Night", while there are no Pre-choruses at all in "I Need to Love";
- There are four Choruses in "I Need to Love", while there are three Choruses in "A Lonely Night";
- The Bridge follows a Chorus in "I Need to Love", while the Bridge follows a Pre-chorus in "A Lonely Night"; and
- The Outro in "I Need to Love" is 25 bars, while the Outro in "A Lonely Night" is 12 bars (including the fade out).

<u>Sections of "I Need to Love" and "A Lonely Night" That Bear A Similarity</u>

12. The musical elements that bear a similarity to "A Lonely Night" are found in <u>"I Need to Love"</u> in portions of each Verse and Chorus, the Bridge, and the Outro. (Please refer to the structural chart above for the starting times of the structural sections.)

13. The musical elements that bear a similarity to "I Need to Love" are found in <u>"A Lonely Night"</u> in Chorus 1, 2, and 3 (which total 32 bars), 1 bar (out of a total of 4 bars) in the Solo section, and barely 2 bars (out of a total of 12 bars) in the Outro section. Therefore, out of a total of approximately 104 bars (including the fade out at the end), approximately 35 bars in "A Lonely Night" bear a similarity to "I Need to Love". However, as demonstrated below, the musical elements that appear in "A Lonely Night" and "I Need to Love" exist in works that predate both songs in issue.

14. In summary, on the basis of my analysis, I found many structural differences between "I Need to Love" and "A Lonely Night". I also found that there are no significant structural similarities and no similarities that suggest that "A Lonely Night" was copied from "I Need to Love".

## II. B. HARMONY

15. On the basis of my analysis of the harmonies in "I Need to Love" and "A Lonely Night", I found that there are no significant harmonic similarities that might suggest that any harmonic expression in "A Lonely Night" was copied from "I Need to Love".

16. "I Need to Love" is recorded in the key of F-sharp (F#) minor, while "A Lonely Night" is recorded in the key of G minor, a half step higher. A "minor" key is a musical building block. Indeed, in tonal music of the last three centuries "There are two types or modes of keys, major and minor…."[7] Thus, even if both songs were recorded in the same minor key, and they are not, a minor key is a musical building block that has been used in countless musical compositions in multiple genres for centuries.

17. In keeping with standard musicological practices, in order to facilitate comparisons, hereafter in this report "I Need to Love" is transposed[8] to the same key as "A Lonely Night", G minor. The chords in "I Need to Love" are charted in the key of G minor immediately below. As analyzed above, Chorus 1, 2, and 4 are 8 bars while Chorus 3 and the Verses are 16 bars in "I Need to Love".[9]

---

7 *See* "key" (*Harvard*, p. 442).

8 "Transposition" is the act of transferring music from one key to another, note for note. The relationship of all the notes to one another remains the same.

9 In accordance with standard musicological practices, an upper case letter denotes a major chord and a lower case "m" denotes a minor chord. Numbers following a letter denote an added pitch, e.g., "Gm7" denotes a G minor chord with an added pitch that is a 7th above the "G".

| **"I Need to Love"** | bars 1-2 | bars 3-4 | bars 5-6 | bar 7 | bar 8 |
|---|---|---|---|---|---|
| Chorus: | Gm7 | Cm7 | F F7 | Gm7 | Cm D7 |
| Verse, 1st half: | Gm7 | Cm7 | F F7 | Gm7 | Gm7 |
| Verse, 2nd half: | Gm7 | Cm7 | F F7 | Gm7 | Cm D7 |
| Outro (3X): | Gm7 | Cm7 | F F7 | Gm7 | Cm D7 |

18. The main chord progression in "I Need to Love" – Gm7, Cm7, F, F7, Gm7, Cm, D7 – is used in the Choruses, the second half of the Verses, and the Outro. The Bridge largely consists of 2 bars of Cm7 followed by 2 bars of Gm7.

19. Now turning to "A Lonely Night", the chord progression in the Choruses and Outro of "A Lonely Night" (which are the only sections that bear a similarity with "I Need to Love") is charted immediately below.

| **"A Lonely Night"** | bars 1-2 | bar 3 | bar 4 |
|---|---|---|---|
| Chorus: | Gm7 | Ebmaj7 | Dm7 |
| Outro: | Gm7 | Ebmaj7 | Dm7 |

20. As illustrated immediately above, the main chord progression in "A Lonely Night" is 4 bars in duration, namely, Gm7 (for 2 bars), Ebmaj7, Dm7, which repeats in the subsequent groups of 4 bars. This 4-bar chord progression is used throughout the entirety of "A Lonely Night" with the exception of the Bridge.

The Chord Progressions Are Different in "I Need to Love" and "A Lonely Night"

21. The chord progressions are different in "I Need to Love" and "A Lonely Night" in the two songs in their entireties, and in the sections that bear a similarity between the two songs. Immediately below, the main chord progression in "I Need to Love" is placed over the main chord progression in "A Lonely Night". Insofar as the chord progression in "A Lonely Night" is 4 bars in duration but the chord progression in "I Need to Love" is 8 bars in duration, in the chart below the 4-bar chord progression in "A Lonely Night" is repeated under bars 5-8 in order to facilitate a comparison with the 8-bar chord progression in "I Need to Love".

| | bars 1-2 | bar 3 | bar 4 | bars 5-6 | bar 7 | bar 8 |
|---|---|---|---|---|---|---|
| "I Need to Love": | Gm7 | Cm7 | Cm7 | F F7 | Gm7 | Cm D7 |
| "A Lonely Night": | Gm7 | Ebmaj7 | Dm7 | Gm7 | Ebmaj7 | Dm7 |

22. As shown above, the only chord that is the same out of 8 bars is the Gm7 in bars 1 and 2. Starting a chord progression with a Gm7 chord in songs that are in the key of G minor is commonplace. The Gm7 chord is built on the "tonic" (key center) on scale degree 1 of the G minor scale. There is an insignificant similarity in bar 3 between the Cm7 chord in "I Need to Love" and the Ebmaj7 chord in "A Lonely Night" insofar as they share three out of four pitches. However, these two chords are built on different scale degrees: Cm7 is built on scale degree 4 while Ebmaj7 is built on scale degree 6, which is different. The chords in the remaining five out of eight bars are different between "I Need to Love" and "A Lonely Night".

The Harmonic Rhythm Is Different in "I Need to Love" and "A Lonely Night"

23. As defined at Paragraph 7(b) above, "harmonic rhythm" is the rate at which chords change. The harmonic rhythm is different in "I Need to Love" and "A

Lonely Night". For example, in bars 3-4, the harmonic rhythm in "I Need to Love" is 2 bars of Cm7, while the harmonic rhythm in "A Lonely Night" is 1 bar each of Ebmaj7 and Dm7. Thus, the harmonic rhythm in bars 3-4 of "A Lonely Night" is twice as fast as compared with the harmonic rhythm in bars 3-4 of "I Need to Love". Moreover, in bar 8, the harmonic rhythm in "I Need to Love" is two chords (Cm & D7) in one bar, while the harmonic rhythm in "A Lonely Night" is one chord (Dm7) in one bar. Thus, the harmonic rhythm in bar 8 of "I Need to Love" is twice as fast as the harmonic rhythm in bar 8 of "A Lonely Night".

24. In summary, on the basis of my analysis, I found that there are no significant harmonic similarities between "I Need to Love" and "A Lonely Night" and there are many harmonic differences. When combined with my findings regarding structure (above), I found that there are no significant structural and/or harmonic similarities, individually or in the aggregate, between "I Need to Love" and "A Lonely Night", and no similarities that suggest that any musical expression in "A Lonely Night" was copied from "I Need to Love".

## II. C. RHYTHM

25. I found that there are no significant rhythmic similarities between "I Need to Love" and "A Lonely Night", but there are significant rhythmic differences. Moreover, I did not find any similarities that suggest that any rhythmic expression in "A Lonely Night" was copied from "I Need to Love".

26. The tempo (i.e., the speed at which music is performed) of "I Need to Love" is approximately 120 BPM (beats per minute), while the tempo of "A Lonely Night" is slower at 114 BPM. Both songs are in 4/4 meter or "common time", which is a musical building block and perhaps the most commonly used meter in popular music.

27. The overall rhythmic flow and feel in "I Need to Love" is different from that in "A Lonely Night". The staccato and syncopated bass rhythm in "A Lonely Night" includes short bursts of notes alternating with rests, while the bass in "I Need to Love" is

fairly constant, and contains many sustained notes. The hi-hat in "A Lonely Night" is mostly eighth notes, while the hi-hat is mostly sixteenth notes in "I Need to Love".

28. There are melodies in "A Lonely Night" that bear rhythmic similarities to melodies in "I Need to Love" as analyzed below, but those similarities in rhythmic durations of the melodies are found in prior art.

29. In summary, on the basis of my analysis, I found that there are no significant rhythmic similarities between "I Need to Love" and "A Lonely Night", and there are significant rhythmic differences. When combined with my findings regarding structure and harmony, I found that there are no structural, harmonic, and/or rhythmic similarities, individually or in the aggregate, that suggest that any musical expression in "A Lonely Night" was copied from "I Need to Love".

## II. D. MELODY

30. On the basis of my analysis of the melodies in "I Need to Love" and "A Lonely Night", and in the context of the melodies found in prior art, I found that there are no significant melodic similarities between the works at issue. I did not find any musicological support for a claim that melodic expression in "A Lonely Night" was copied from "I Need to Love". The melodic expression in common between "I Need to Love" and "A Lonely Night" was widely available to the writers of both songs before both songs were created. That melodic expression in common derives primarily from the well-known songs, (1) "Heart of Glass" released in 1978 and 1979 (as a single) reaching number one on the charts in several countries, including the United States and (2) "The World Is Not Enough" from the blockbuster James Bond movie of the same name and released as a single in 1999. Regarding the melodic similarity between "I Need to Love" and "A Lonely Night", as shown below, only 3 isolated pitches (merely 1 per bar) remain in the melody in "A Lonely Night" after pitches that are also found in "Heart of Glass" are removed.

31. As explained in paragraph 7(d) above, "melody" is a single line of music that consists primarily of a succession (i.e., a sequence or order) of pitches and the

rhythmic durations of those pitches within a melodic phrase structure. "Pitch" is the specific high or low placement of a musical sound, often identified within a musical scale.

<u>The Melodic Phrase Structures Are Different in "I Need to Love" and "A Lonely Night"</u>

32. As shown in the section on Structure above, in "I Need to Love" each Verse is 16 bars. In Musical Example 1 below, the melodic phrase structure of bars 1-8 of Verse 1 in "I Need to Love" is identified by boxed letters **A**, **B**, **C**, **D** on the top staff, and the melodic phrase structure of the 8-bar Chorus in "A Lonely Night" is identified on the bottom staff by boxed letters **A**, **B**.

33. The melodic phrases labeled **A** change and have iterative differences within each song. Furthermore, no melodic phrase **A** is identical between "I Need to Love" and "A Lonely Night". Nonetheless, the similarity from one iteration to the next iteration of each melodic phrase **A** within each song is sufficient to collectively identify those melodic phrases as **A**. Each melodic phrase **A** starts with scale degree 2 on beat 1 and includes a descent to either scale degree 5 or scale degree 6 which is syncopated[10] ahead of beat 3 in the same bar, usually followed by a rest.

34. The melodic phrases labeled **B** change and have iterative differences within each song. Furthermore, no melodic phrase **B** is identical between "I Need to Love" and "A Lonely Night". Nonetheless, the similarity from one iteration to the next iteration of each melodic phrase **B** within each song is sufficient to collectively identify those melodic phrases as **B**. Each melodic phrase **B** starts with an alteration between scale degrees 2 and 1 rising to scale degree 3, followed in the next bar by a melody that reprises (and includes) a form of melodic phrase **A**.

35. As shown in Musical Example 1 below, melodic phrase **A** is 1 bar (including the "pickup" note that precedes bar 1) and melodic phrase **B** is 2 bars followed by rests in which the second bar reprises a form of melodic phrase **A**.

---

10 A "syncopation" is the rhythmic interruption of the meter or pulse. *See* "syncopation" (*Harvard*, p. 861).

36. In addition and as shown in Musical Example 1 below, unlike "A Lonely Night", the melodic phrase structure in "I Need to Love" includes melodic phrases **C** and **D**, which are different from the melody in "A Lonely Night".

**MUSICAL EXAMPLE 1**

**"I Need to Love" Verse 1 (bars 1-8)**

**"A Lonely Night" (entire) Chorus 1**



37. As shown in Musical Example 1 above, the melodic phrase structures in Verse 1 of “I Need to Love”[11] and the Chorus of “A Lonely Night”[12] are different. As charted immediately below, while the coupled melodic phrases **A** and **B** in bars 1-4 are repeated in bars 5-8 of the Chorus of “A Lonely Night”, they are not repeated in bars 5-8 of “I Need to Love”. Rather, bars 5-8 in “I Need to Love” embody different melodic phrases that do not include expression that is similar to “A Lonely Night”.

| | bars 1-4 | | bars 5-8 | |
|---|---|---|---|---|
| “I Need to Love” Verse melodic phrases: | **A** | **B** | **C** | **D** |
| “A Lonely Night” Chorus melodic phrases: | **A** | **B** | **A** | **B** |

The Melodic Phrase Structures Are Also Different Between the Chorus in “I Need to Love” and the Chorus in “A Lonely Night”

38. As shown earlier in this report in the section on Structure, the Chorus in “I Need to Love” is 8 bars. In Musical Example 2 below, the melodic phrase structure of

---

11 Verse 1 in “I Need to Love” consists of 16 bars. Bars 1-8, the *first half* of Verse 1, are transcribed in Musical Example 1. The melodic phrase structure in the *second half* of Verse 1 (bars 9-16) in “I Need to Love” is the same as in bars 1-8. Therefore, the comparative transcription in Musical Example 1 between the first half of Verse 1 in “I Need to Love” and the entire 8-bar Chorus in “A Lonely Night” also represents the melodic phrase structures in the second half of Verse 1 (bars 9-16) in “I Need to Love” and the Chorus in “A Lonely Night” as well as Verse 2 in “I Need to Love”.

12 As analyzed above in the section of this report on Structure, the only melodic expression in “I Need to Love” that bears similarities is found in a portion of the Chorus sections, 1 bar (out of a total of 4 bars) in the Solo section, and barely 2 bars (out of a total of 12 bars) in the Outro section in “A Lonely Night”. Importantly, no additional melodic similarities in the Solo or Outro sections of “A Lonely Night” are found as compared with the Chorus. Therefore, the comparative transcriptions of the melody in the Chorus of “A Lonely Night” in Musical Example 1 and later in this report represent the melodic similarities between “A Lonely Night” and “I Need to Love”.

Chorus 1 in "I Need to Love" is identified by boxed letters **A**, **B**, **E** on the top staff, and the melodic phrase structure of the Chorus in "A Lonely Night" is identified on the bottom staff by boxed letters **A**, **B**.

39. In Musical Example 2, the melodic phrases labeled **A** and **B** embody the same elements as described above. As shown in Musical Example 2 and charted immediately below, the melodic phrase structure in the Chorus of "I Need to Love" includes a melodic phrase **E** which is different, not only in phrase structure, but also different in melodic content as compared with the melody in "A Lonely Night". The letter **E** is given to the 4-bar melodic phrase in "I Need to Love" to denote that the melodic content therein is different from (1) the melodic phrases labeled **A** and **B** and (2) the melodic phrases labeled **C** and **D** in the Verse of "I Need to Love".

| | bars 1-4 | | bars 5-8 | |
|---|---|---|---|---|
| "I Need to Love" Chorus melodic phrases: | **A** | **A** | **E** | |
| "A Lonely Night" Chorus melodic phrases: | **A** | **B** | **A** | **B** |

40. As charted immediately above (and shown in Musical Example 2 below), the melodic phrase structures in the Chorus of "I Need to Love" and the Chorus in "A Lonely Night" are very different because (1) there are no coupled melodic phrases **A** and **B** in bars 1-4 of "I Need to Love" and (2) bars 5-8 of "I Need to Love" embody a different melodic phrase **E** that bears no similarity to the melody in "A Lonely Night". Moreover, the rhythmic durations of the melodies in the Chorus of each song are largely different.

## MUSICAL EXAMPLE 2

### “I Need to Love” (entire) Chorus 1

### “A Lonely Night” (entire) Chorus 1



The Similarity in Melodic Phrase Structure Between "I Need to Love" and "A Lonely Night" Is Found in the Prior Art Work, "Heart of Glass"

41. As shown in Musical Examples 3 and 4 on pages 18 and 19 below, the similarity in melodic phrase structures between "I Need to Love" and "A Lonely Night" is also found in the 1978/1979 hit prior art work, "Heart of Glass". An mp3 audio recording of "Heart of Glass" which I downloaded from iTunes is attached as Track 3 on **Audio Exhibit 1** and the published sheet music is attached as **Visual Exhibit B**.

42. Musical Example 3 on page 18 below consists of Chorus 1 of "Heart of Glass" (on the top staff), bars 1-8 of Verse 1 of "I Need to Love" (on the middle staff), and Chorus 1 of "A Lonely Night" (on the bottom staff).[13] As shown therein, the coupling of melodic phrases **A** and **B** in "I Need to Love" and "A Lonely Night" is also found in the prior art work, "Heart of Glass". Moreover, similarities and differences between the rhythmic durations of the melodies in "Heart of Glass" as compared with "I Need to Love" and "A Lonely Night" are comparable to similarities and differences between the rhythmic durations of the melodies in "I Need to Love" and "A Lonely Night".

43. Musical Example 4 on page 19 below consists of Chorus 1 of "Heart of Glass" (on the top staff), Chorus 1 of "I Need to Love" (on the middle staff), and Chorus 1 in "A Lonely Night" (on the bottom staff). As shown therein, there is a much greater similarity in the melodic phrase structures between the Chorus in "Heart of Glass" and "A Lonely Night" than between the Chorus in "I Need to Love" and "A Lonely Night" because "Heart of Glass" and "A Lonely Night" include a coupling of melodic phrases **A** and **B** and a second iteration of **B**, while there is no melodic phrase **B** in the Chorus of "I Need to Love" at all. Moreover, there are greater similarities in the rhythmic durations of the melodies between the Chorus of "Heart of Glass" and "A Lonely Night" than between the Chorus of "I Need to Love" and "A Lonely Night".

---

[13] Within "I Need to Love", the melodic phrase structure in Verse 1 and Verse 2 is unchanged. Within "A Lonely Night", the melodic phrase structure of the 8-bar Chorus 1 and Chorus 2 is unchanged, and the melodic phrase structure of bars 1-8 and bars 9-16 of Chorus 3 is unchanged. Within "Heart of Glass", the melodic phrase structure of the 8-bar Chorus 1, 2 and 3 is unchanged.

## MUSICAL EXAMPLE 3

### "Heart of Glass" (entire) Chorus 1

### "I Need to Love" Verse 1 (bars 1-8)

### "A Lonely Night" (entire) Chorus 1




**EXHIBIT 2**

**24**

## MUSICAL EXAMPLE 4

### “Heart of Glass” (entire) Chorus 1

### “I Need to Love” (entire) Chorus 1

### “A Lonely Night” (entire) Chorus 1




**EXHIBIT 2**

**25**

<u>The Melodic Expression That Bears a Similarity between "I Need to Love" and "A Lonely Night" Is Found in Three Bars and in "Heart of Glass", A Prior Art Work That Was Widely Available Before Either Song in Issue Was Created</u>

44. The melodic expression that bears a similarity between "I Need to Love" and "A Lonely Night" is found in three bars, namely, bars 1-3 consisting of melodic phrase **A** in bar 1 and melodic phrase **B** in bars 2-3 (*see* Musical Examples 1-2 above). While melodic similarities are found in bars 1-3 of the sections with similarities between "I Need to Love" and "A Lonely Night", those melodic similarities are also found in "Heart of Glass", a prior art work that was widely available before "I Need to Love" and "A Lonely Night" were created.

45. "Heart of Glass" is recorded in a major key while "I Need to Love" and "A Lonely Night" are recorded in minor keys. Following accepted musicological practices, the transcriptions of "Heart of Glass" earlier in this report and below are transposed to the "parallel" key of G major. This is analogous to the transposition of "I Need to Love" from its recorded key of F-sharp minor to G minor to facilitate an analysis with "A Lonely Night" which is recorded in the key of G minor. Transposing "Heart of Glass" to the parallel key of G major and transposing "I Need to Love" to G minor facilitates a proper comparison of the melodies and chords and scale degrees upon which they are built.

46. In Musical Example 5 below, bars 1-3 of Chorus 1 of "Heart of Glass" are on the top staff and bars 1-3 of Verse 1 of "I Need to Love" are on the bottom staff. Sequentially corresponding pitches in these bars are highlighted in red. Out of a total of fourteen pitches in bars 1-3 (melodic phrases **A** and **B**) in "I Need to Love"[14], eleven pitches sequentially correspond with pitches in bars 1-3 (melodic phrases **A** and **B**) in "Heart of Glass". Not counted in the eleven sequentially corresponding pitches between these melodies in "Heart of Glass" and "I Need to Love" (highlighted in red) is

---

[14] Two note heads in the melody of "I Need to Love" in Musical Example 5 are not filled in but rather have an "x" note head. In keeping with musicological practices in notation, the "x" note head denotes a sound that is not pitched. In the instant case, the lyric is spoken, not sung with a definitive pitch. Thus, each "x" note head is not part of the sequence of pitches in the melody because it does not have a definitive pitch.

the "b" pitch that is highlighted in purple in "Heart of Glass" and the "b-flat" pitch that is highlighted in purple in "I Need to Love". These corresponding pitches are not highlighted in red or counted as pitches that sequentially correspond because "b" is a half step higher than "b-flat". However, both pitches have the same melodic function (1) on scale degree 3 and (2) as the corresponding highest pitch in melodic phrase **B** in "Heart of Glass" and "I Need to Love". Thus, there is musicological support to count this "b" pitch making a total of <u>twelve</u> out of a total of fourteen pitches in bars 1-3 in "I Need to Love" that sequentially correspond with the melody in bars 1-3 of "Heart of Glass".

**MUSICAL EXAMPLE 5**

**"Heart of Glass" Chorus 1 (bars 1-3)**

**"I Need to Love" Verse 1 (bars 1-3)**




47. Notably, as shown in Musical Example 5 above, in "Heart of Glass", melodic phrase **A** in bar 1 consists of the pitches a, g, e and the second part of melodic phrase **B** in bar 3 consists of the pitches a, g, d. As explained above, the second part of melodic phrase **B** includes a reprise of the **A** melody in bar 3. The third pitch is essentially reversed in melodic phrases **A** and **B** in "I Need to Love" as charted immediately below using letters and scale degree numbers, the latter in parentheses.

| | bar 1 | | bar 3 | |
|---|---|---|---|---|
| "Heart of Glass": | a, g, e | (2, 1, 6) | a, g, d | (2, 1, 5) |
| "I Need to Love": | a, g, d | (2, 1, 5) | a, g, e-flat | (2, 1, 6) |

In both songs, the pitch "a" is on beat 1, followed by a stepwise descent to the pitch "g" which has a quicker rhythmic duration, is the third pitch, is syncopated, is part of a descending leap, and is followed by a rest. Moreover, the "e" in "Heart of Glass" and the "e-flat" in "I Need to Love" have the same melodic function as (1) scale degree 6 and (2) the final pitch of a melodic phrase.

After Removing the Pitches Found in "Heart of Glass" or Not in Common in the Two Songs in Issue, the Melodic Similarity That Remains Between "I Need to Love" and "A Lonely Night" Is 3 Isolated Pitches

48. In Musical Example 6 below, an X is placed over each pitch in the 3-bar melody in the Chorus of "A Lonely Night" (1) that is also found in "Heart of Glass" or (2) that does not correspond with a pitch in "I Need to Love". The melodic similarity that remains between "I Need to Love" and "A Lonely Night" is merely 3 isolated pitches, only one pitch in each of three bars, with different rhythmic durations between the melodies in "I Need to Love" and "A Lonely Night". These three remaining pitches are highlighted in red in each melody. Furthermore, the isolated, red highlighted "b-flat" in bar 2 of "A Lonely Night" and "I Need to Love" is strongly related to the corresponding "b" (highlighted in purple) in bar 2 of "Heart of Glass". In all three songs, the "b" and the "b-flat" are (1) scale degree 3 and (2) the highest pitch in these 3-bar melodies. Thus, there is musicological support to also X out the red pitch in bar 2 in "A Lonely Night". Nonetheless, whether 2 or 3 isolated pitches remain is as inconsequential as the minimal melodic similarity that is left after removing the pitches that are in "Heart of Glass".

**MUSICAL EXAMPLE 6**

**"Heart of Glass" Chorus 1 (bars 1-3)**

**"I Need to Love" Verse 1 (bar 1-3)**

**"A Lonely Night" Chorus 1 (bars 1-3) with pitches "X"-ed if they are in "Heart of Glass" or not in "I Need to Love"**




49. In Musical Example 7 below, the X'd pitches in "A Lonely Night" are removed. All that remains is a single red pitch in each bar of "A Lonely Night" that corresponds to a single red pitch in "I Need to Love". As explained above, further reducing the similarity between the melodies in "A Lonely Night" and "I Need to Love" is the fact that the isolated, red highlighted "b-flat" in bar 2 in "A Lonely Night" and "I Need to Love" is strongly related to the corresponding "b" (in purple) in bar 2 of "Heart of Glass" and could also be removed, leaving only 2 isolated pitches.

## MUSICAL EXAMPLE 7

**"Heart of Glass" Chorus 1 (bars 1-3)**

**"I Need to Love" Verse 1 (bar 1-3)**

**"A Lonely Night" Chorus 1 (bars 1-3) without pitches that are in "Heart of Glass" or not in "I Need to Love"**




50. In Musical Example 8 immediately below, an X is placed over each pitch in the 3-bar melody in Chorus 1 of "A Lonely Night" (1) that is also found in "Heart of Glass" or (2) that does not correspond with a pitch in "I Need to Love". Musical Example 8 illustrates bars 1-3 of Chorus 1 of "Heart of Glass", bars 9-11 of Verse 1 of "I Need to Love", and bars 1-3 of Chorus 1 of "A Lonely Night". The melodic similarity that remains between "I Need to Love" and "A Lonely Night" is merely 3 isolated pitches, only one pitch in each of three bars. Two of the three remaining corresponding pitches highlighted in red have different rhythmic durations between the melodies in "I Need to Love" and "A Lonely Night" as shown in Musical Example 8 below. The three remaining pitches are highlighted in red in each melody.

**MUSICAL EXAMPLE 8**

**"Heart of Glass" Chorus 1 (bars 1-3)**

**"I Need to Love" Verse 1 (bar 9-11)**

**"A Lonely Night" Chorus 1 (bars 1-3) with pitches "X"-ed if they are in "Heart of Glass" or not in "I Need to Love"**




51. In Musical Example 9 below, the X'd pitches in bars 1-3 of Chorus 1 of "A Lonely Night" are removed. All that remains is a single red pitch in each bar of "A Lonely Night" that corresponds to a single red pitch in "I Need to Love". As explained above, further reducing the similarity between the melodies in "A Lonely Night" and "I Need to Love" is supported by the fact that the isolated, red highlighted "b-flat" in bar 2 in "A Lonely Night" and "I Need to Love" is strongly related to the corresponding "b" (in purple) in bar 2 of "Heart of Glass" and could also be removed.

**MUSICAL EXAMPLE 9**

**“Heart of Glass” Chorus 1 (bars 1-3)**

**“I Need to Love” Verse 1 (bar 9-11)**

**“A Lonely Night” Chorus 1 (bars 1-3) without pitches that are in “Heart of Glass” or not in “I Need to Love”**




52. In Musical Example 10 below, the melodies in bars 1-3 of Chorus 1 of “A Lonely Night” and Chorus 1 of “I Need to Love” are compared within the context of pitches that are not shared in the two melodies and pitches that are found in the melody in Chorus 1 of “Heart of Glass”. An X is placed over each pitch in the 3-bar melody in Chorus 1 of “A Lonely Night” (1) that is also found in bars 1-3 of Chorus 1 of “Heart of Glass” or (2) that does not correspond with a pitch in bars 1-3 of Chorus “I Need to Love”. Two of the three remaining corresponding pitches highlighted in red have different rhythmic durations between the melodies in “I Need to Love” and “A Lonely Night”. The melodic similarity that remains between “I Need to Love” and “A Lonely Night” is merely 3 isolated pitches, only one pitch in the pickup to bar 1, bar 1, and bar 3. These three remaining pitches are highlighted in red in each melody in Musical Example 10 below.

**MUSICAL EXAMPLE 10**

**"Heart of Glass" Chorus 1 (bars 1-3)**

**"I Need to Love" Chorus 1 (bars 1-3)**

**"A Lonely Night" Chorus 1 (bars 1-3) with pitches "X"-ed if they are in "Heart of Glass" or not in "I Need to Love"**




53. In Musical Example 11 below, the X'd pitches in bars 1-3 of Chorus 1 of "A Lonely Night" are removed. The melodic similarity that remains between "I Need to Love" and "A Lonely Night" is merely 3 isolated pitches, only one pitch in the pickup to bar 1, bar 1, and bar 3. These three remaining pitches are highlighted in red in each melody in Musical Example 11 below.

## MUSICAL EXAMPLE 11

**“Heart of Glass” Chorus 1 (bars 1-3)**

**“I Need to Love” Chorus 1 (bars 1-3)**

**“A Lonely Night” Chorus 1 (bars 1-3) without pitches that are in “Heart of Glass” or not in “I Need to Love”**




54. As shown above, from a musicological perspective, the melody in the Chorus of the prior art work and hit song, “Heart of Glass”, undercuts any claim that the melody in “A Lonely Night” was copied from “I Need to Love”, and decimates a claim of the copying of melodic expression that can be monopolized in “I Need to Love”.

<u>The Similarity in Melodic Phrase Structure Between “I Need to Love” and “A Lonely Night” Is Also Found in the Prior Art Work, “The World Is Not Enough”</u>

55. As analyzed below and shown in Musical Examples 12 and 13 on pages 29 and 30 below, the similarity in melodic phrase structures between “I Need to Love” and “A Lonely Night” is also found in the 1999 prior art work, “The World Is Not Enough”. An mp3 audio recording of “The World Is Not Enough” which I downloaded from iTunes is attached as Track 4 on **Audio Exhibit 1** and the published sheet music is attached as **Visual Exhibit C**.

## MUSICAL EXAMPLE 12

### "The World Is Not Enough" (entire) Chorus 1

### "I Need to Love" Verse 1 (bars 1-8)

### "A Lonely Night" (entire) Chorus 1



## MUSICAL EXAMPLE 13

### "The World Is Not Enough" (entire) Chorus 1

### "I Need to Love" (entire) Chorus 1

### "A Lonely Night" (entire) Chorus 1



56. "The World Is Not Enough" is in the key of F minor. Following accepted musicological practices, the transcriptions in this report of "The World Is Not Enough" are transposed to the key of G minor to facilitate a comparison with the transcriptions of "I Need to Love" and "A Lonely Night". Musical Example 12 on page 29 above consists of Chorus 1 of "The World Is Not Enough" (on the top staff), bars 1-8 of Verse 1 of "I Need to Love" (on the middle staff), and Chorus 1 of "A Lonely Night" (on the bottom staff).[15] As shown therein, the coupling of melodic phrases **A** and **B** in "I Need to Love" and "A Lonely Night" is also found in the prior art work, "The World Is Not Enough". The melodic phrase structure in "The World Is Not Enough" and "A Lonely Night" is identical, namely: **A B A B**, whereas in the Verse in "I Need to Love" the melodic phrase structure is **A B C D**, which is different. Similarities and differences between the rhythmic durations of the melodies in "The World Is Not Enough" as compared with "I Need to Love" and "A Lonely Night" are comparable to similarities and differences between the rhythmic durations of the melodies in "I Need to Love" and "A Lonely Night" with the exception of bars 2 and 6 (out of a total of 8 bars) wherein they are more similar between "I Need to Love" and "A Lonely Night". The high pitch in melodic phrase **B** in "The World Is Not Enough" is on scale degree 3 and includes a reprise of a form of melodic phrase **A**.

57. Musical Example 13 on page 30 above consists of Chorus 1 of "The World Is Not Enough" (on the top staff), Chorus 1 of "I Need to Love" (on the middle staff), and Chorus 1 in "A Lonely Night" (on the bottom staff). As shown therein, the melodic phrase structure in "The World Is Not Enough" and "A Lonely Night" is identical, namely: **A B A B**, whereas in Chorus 1 of "I Need to Love" the melodic phrase structure is **A A E**, which is different. The similarities in the rhythmic durations of the melodies between the Chorus of "The World Is Not Enough" and "A Lonely Night" are comparable to the similarities in the rhythmic durations of the melodies between the Chorus of "I Need to Love" and "A Lonely Night".

---

[15] As noted in Footnote 13 above, within "I Need to Love", the melodic phrase structure in Verse 1 and Verse 2 is unchanged. Within "A Lonely Night", the melodic phrase structure of the 8-bar Chorus 1 and Chorus 2 is unchanged, and the melodic phrase structure of bars 1-8 and bars 9-16 of Chorus 3 is unchanged. Within "Heart of Glass", the melodic phrase structure the 8-bar Chorus 1, 2 and 3 is unchanged.

<u>After Removing the Pitches Found in "The World Is Not Enough" and Not in Common in the two Songs in Issue, the Melodic Similarity That Remains Between "I Need to Love" and "A Lonely Night" Is a Melodic Fragment on Scale Degrees 1 and 2 and One Isolated Pitch</u>

58. In Musical Example 14 below, the melodies in bars 1-3 of Chorus 1 of "A Lonely Night" and Verse 1 of "I Need to Love" are compared within the context of pitches that are not shared in the two melodies and pitches that are found in the melody in Chorus 1 of "The World Is Not Enough". An X is placed over each pitch in the 3-bar melody in the Chorus of "A Lonely Night" (1) that is also found in "The World Is Not Enough" or (2) that does not correspond with a pitch in "I Need to Love". Out of a total of seventeen pitches in "A Lonely Night", the melodic similarity that remains between "I Need to Love" and "A Lonely Night" is merely a melodic fragment of five pitches that merely alternate on scale degrees 1 and 2 in bar 2, and an isolated single pitch in bar 3.

**MUSICAL EXAMPLE 14**

**"The World Is Not Enough" Chorus 1 (bars 1-3)**

**"I Need to Love" Verse 1 (bar 1-3)**

**"A Lonely Night" Chorus 1 (bars 1-3) with pitches "X"-ed if they are in "The World Is Not Enough" or not in "I Need to Love"**



59. In Musical Example 15 below, the X'd pitches in "A Lonely Night" are removed. All that remains are five red pitches that alternate on scale degrees 1 and 2 in bar 2, and an isolated (single) pitch in bar 3 of "A Lonely Night" that correspond to red highlighted pitches in "I Need to Love".[16] As shown in Musical Example 15, out of a total of seventeen pitches in the melody of "A Lonely Night", eleven pitches are also found in "The World Is Not Enough" or do not correspond with pitches in "I Need to Love". In Musical Example 15, the first two of the remaining six red highlighted pitches have the same rhythmic durations and metric placements, the last four pitches do not have the same rhythmic durations and metric placements.

**MUSICAL EXAMPLE 15**

**"The World Is Not Enough" Chorus 1 (bars 1-3)**

**"I Need to Love" Verse 1 (bar 1-3)**

**"A Lonely Night" Chorus 1 (bars 1-3) without pitches that are in "The World Is Not Enough" or not in "I Need to Love"**




16 The same red highlighted pitches remain in comparing bars 9-11 of Verse 1 in "I Need to Love" with bars 1-3 in Chorus 1 of "The World Is Not Enough" and "A Lonely Night".

60. In Musical Example 16 below, the melodies in bars 1-3 of Chorus 1 of "A Lonely Night" and Chorus 1 of "I Need to Love" are compared within the context of pitches that are not shared in the two melodies and pitches that are found in the melody in Chorus 1 of "The World Is Not Enough". An X is placed over each pitch in the 3-bar melody in Chorus 1 of "A Lonely Night" (1) that is also found in bars 1-3 of Chorus 1 of "The World Is Not Enough" or (2) that does not correspond with a pitch in bars 1-3 of Chorus "I Need to Love". The melodic similarity that remains between "I Need to Love" and "A Lonely Night" is merely 2 isolated pitches highlighted in red. Thus, out of seventeen pitches in the melody in "A Lonely Night", only two pitches remain.

**MUSICAL EXAMPLE 16**

**"The World Is Not Enough" Chorus 1 (bars 1-3)**

**"I Need to Love" Chorus 1 (bars 1-3)**

**"A Lonely Night" Chorus 1 (bars 1-3) with pitches "X"-ed if they are in "The World Is Not Enough" or not in "I Need to Love"**



61. In Musical Example 17 immediately below, the X'd pitches in bars 1-3 of Chorus 1 of "A Lonely Night" are removed. The melodic similarity that remains between "I Need to Love" and "A Lonely Night" is merely two isolated pitches highlighted in red.

**MUSICAL EXAMPLE 17**

**"The World Is Not Enough" Chorus 1 (bars 1-3)**

**"I Need to Love" Chorus 1 (bars 1-3)**

**"A Lonely Night" Chorus 1 (bars 1-3) without pitches that are in "The World Is Not Enough" or not in "I Need to Love"**




<u>The Chord Progressions in "The World Is Not Enough" and "A Lonely Night" Are More Similar Than Between "I Need to Love" and "A Lonely Night"</u>

62. The melody and chords in the instrumental Introduction of "The World Is Not Enough" are transcribed in Musical Example 18 immediately below. The melody, chords, and lyrics in Chorus 1 of "The World Is Not Enough" are transcribed in Musical Example 19, also on page 36 below.

## MUSICAL EXAMPLE 18

### "The World Is Not Enough"

### Introduction




## MUSICAL EXAMPLE 19

### "The World Is Not Enough"

### Chorus




63. As analyzed on page 8 above, the main chord progression in "I Need to Love" – Gm7, Cm7, F, F7, Gm7, Cm, D7 – is used in the Choruses, the second half of the Verses, and the Outro. The main chord progression in "A Lonely Night" is Gm7, Ebmaj7, Dm7. A comparative chart with the chord progressions in the Introduction of "The World Is Not Enough" is immediately below.

| | bars 1-2 | bar 3 | bar 4 | bars 5-6 | bar 7 | bar 8 |
|---|---|---|---|---|---|---|
| "I Need to Love": | Gm7 | Cm7 | Cm7 | F F7 | Gm7 | Cm D7 |
| "A Lonely Night": | Gm7 | Ebmaj7 | Dm7 | Gm7 | Ebmaj7 | Dm7 |
| "The World…": | Gm/Gm7 | Cm | D | Gm/Gm7 | Cm | D |

64. The chord progressions in the Introduction of "The World Is Not Enough" and "A Lonely Night" are more similar than between "I Need to Love" and "A Lonely Night" because:

- The chord progression in "The World Is Not Enough" and "A Lonely Night" is 4 bars in duration, while the chord progression in "I Need to Love" is 8 bars in duration;
- The chord in bar 4 in "The World Is Not Enough" and "A Lonely Night" is respectively D and Dm7, while the chord in bar 4 in "I Need to Love" is Cm7;
- The chords in bars 5-6 in "The World Is Not Enough" are Gm and Gm7 and in "A Lonely Night" the chord is Gm7, while the chords in bars 5-6 of "I Need to Love" are F and F7; and
- The chord in bar 7 in "The World Is Not Enough" and "A Lonely Night" is respectively Cm and Ebmaj7 which is more similar than the Gm7 in bar 7 of "I Need to Love".

65. As shown in Musical Example 19 above, the only difference between the chords in the Introduction and Chorus of "The World Is Not Enough" is the Gm(maj7) in the Chorus and Gm on beats 1 and 2 of bar 1 in the Introduction. Consequently, the chord progressions in the Chorus of "The World Is Not Enough" and "A Lonely Night" are also more similar than between "I Need to Love" and "A Lonely Night".

The Commonplace Use of an Echo of a Melody Is Significantly Different in "I Need to Love" and "A Lonely Night"

66. In popular songs, a vocal melody is often repeated or echoed. This commonplace convention in popular vocal music occurs in every Chorus in "I Need to Love". Immediately following the singing of melodic phrase **A** to the lyrics "Ba da da da da da" in bar 1, the same melody is repeated by a synthesizer. This commonplace echo convention occurs at the beginning of Chorus 1 (at 0:01), Chorus 2 (at 0:50), Chorus 3 (at 1:38), and Chorus 4 (at 2:38) as well as in the middle of Chorus 3 (at 1:53) and in the Outro at 2:54, 3:09, and 3:25 for a total of eight times in "I Need to Love".

67. By way of significant difference, in "A Lonely Night" the echo is a vocal melody in bar 5 of Chorus 3 (at 2:48) that sings melodic phrase **A** set to the lyrics, "It was the only time". The significant differences between the echo of melodic phrase **A** in these two songs include that the echo in "A Lonely Night" (1) occurs only one time, not eight times, (2) occurs at bar 5, not at bar 1, (3) occurs only in the final Chorus 3, not in all of the Choruses and in the Outro, (4) is sung, not played on a synthesizer, (5) commences before the last two notes in melodic phrase **A** are even sounded, not after the last note commences its sound, (6) ends with two sixteenth notes, not two eighth notes, (7) ends with the pitch "g", not "d", and (8) creates a contrapuntal melodic texture that consists of two concurrent sung melodies, not a sung melody followed by a synthesizer melody that merely begins while the last note of the sung melody is sustained.

68. These significant differences between the single iteration of the echo in "A Lonely Night" and the eight iterations of the echo in "I Need to Love" are illustrated in Musical Example 20 below. Therein, bars 1 and 2 of each Chorus in "I Need to Love" are on the top staff and bars 5 and 6 of Chorus 3 of "A Lonely Night" are on the bottom staff. The note heads in the synthesizer echo in "I Need to Love" are highlighted in blue and the note heads in the vocal echo in "A Lonely Night" are highlighted in purple.

**MUSICAL EXAMPLE 20**

**"I Need To Love" Chorus 1, 2, 3, 4 (bars 1-2)**

**"A Lonely Night" Chorus 3 (bars 5-6)**




<u>The Melody in the *X-Men* 1990's TV Series Theme Is More Similar to Melodic Phrase **A** in "I Need to Love" Than the Similarity Between Melodic Phrase **A** in "A Lonely Night" and "I Need to Love"</u>

69. *X-Men: The Animated Series* was broadcast on TV from 1992 – 1997. The theme (hereafter "X-Men") was composed by Ron Wasserman by 1992. I converted the sound of the animated main theme from YouTube into an mp3 and attached it to this report as Track 5 on **Audio Exhibit 1**. "X-Men" is recorded in the key of C minor. In keeping with accepted musicological practices, in Musical Example 21 below, I transposed my transcription of "X-Men" into the key of G minor to facilitate a comparison with "I Need to Love" and "A Lonely Night".

70. As shown in Musical Example 21 below, melodic phrase **A** in "X-Men", which begins at 0:10, is more similar to melodic phrase **A** at the beginning of each Chorus in "I Need to Love" than the similarity between melodic phrase **A** in "A Lonely Night" and "I Need to Love". In Musical Example 21 below, the first two iterations of melodic phrase **A** of "X-Men" are on the top staff and the first two iterations of melodic phrase **A** in every Chorus of "I Need to Love" are on the bottom staff. Highlighted in red, <u>all twelve pitches</u> in both iterations of melodic phrase **A** in "I Need to Love"

sequentially correspond with pitches in both iterations of melodic phrase **A** in “X-Men”. There is an extra pitch in each iteration of melodic phrase **A** in “X-Men” that precedes the identical sequence of pitches in both iterations of **A** in both works.

**MUSICAL EXAMPLE 21**

**“X-Men” Main Theme, Melodic Phrase A (2X)**

**“I Need to Love” Chorus, Melodic Phrase A (2X)**




71. Moreover, the harmony in melodic phrase **A** in “X-Men” is a Gm chord as compared with Gm7 in “I Need to Love” and “A Lonely Night”.

72. The far less melodic similarity between the first two iterations of melodic phrase **A** in each Chorus of “I Need to Love” and the corresponding opening bars in each Chorus of “A Lonely Night” is demonstrated in Musical Example 22 below. Only five out of the total of twelve pitches in the first two iterations of melodic phrase **A** in the Choruses of “I Need to Love” sequentially correspond with pitches in the opening bars of each Chorus of “A Lonely Night” as shown in Musical Example 22 by the pitches highlighted in red.

**MUSICAL EXAMPLE 22**

**“I Need to Love” Chorus 1 (bars 1-3)**

**“A Lonely Night” Chorus 1 (bars 1-3)**




73. Thus, as shown in Musical Examples 21 and 22 above, melodic phrase **A** in “X-Men” is more similar to melodic phrase **A** at the beginning of each Chorus in “I Need to Love” than the similarity between melodic phrase **A** in “A Lonely Night” and “I Need to Love”. This fact adds additional musicological support for my finding that a claim that the melody in “A Lonely Night” was copied from “I Need to Love” is undercut by prior art, let alone the copying of melodic expression that can be monopolized in “I Need to Love”.

74. In summary regarding “Heart of Glass” released in 1978 and 1979, while “I Need to Love” and “A Lonely Night” share melodic similarities, those similarities exist in the well-known prior art song, “Heart of Glass”. After removing the pitches that are also found in “Heart of Glass” or that are not in common between “I Need to Love” and “A Lonely Night”, the melodic similarity that remains between “I Need to Love” and “A Lonely Night” is only 3 fragmentary pitches (merely 1 isolated pitch per bar). From a musicological perspective, the similarities that preexist “I Need to Love” in this famous prior art work cannot be used to support a claim of copying, let alone a claim of the copying of expression that can be monopolized in “I Need to Love”.

75. In summary regarding "The World Is Not Enough" released in 1999, while "I Need to Love" and "A Lonely Night" share melodic similarities, those similarities also exist in the well-known prior art song, "The World Is Not Enough". After removing the pitches that are also found in "The World Is Not Enough" or that are not in common between "I Need to Love" and "A Lonely Night", the melodic similarity that remains between "I Need to Love" and "A Lonely Night" is a melodic fragment of 5 pitches that merely alternate between scale degrees 1 and 2, and 1 isolated pitch. Moreover, the harmony is more similar in the chord progressions in "The World Is Not Enough" and "A Lonely Night" than between "I Need to Love" and "A Lonely Night". From a musicological perspective, the similarities that preexist "I Need to Love" in "The World Is Not Enough" cannot be used to support a claim of copying, let alone a claim of the copying of expression that can be monopolized in "I Need to Love".

76. Moreover, the melody in the opening bars of the theme of the 1990's *X-Men: The Animated Series* for TV is more similar to melodic phrase **A** at the beginning of each Chorus in "I Need to Love" (all twelve pitches in melodic phrase **A** in "I Need to Love" sequentially correspond with pitches in "X-Men") than the similarity between melodic phrase **A** in "I Need to Love" and melodic phrase **A** in "A Lonely Night" wherein only five out of twelve pitches sequentially correspond.

77. As a result, when viewed in the context of (a non-exhaustive review of) prior art, there are no significant structural, harmonic, rhythmic, lyrical, or melodic similarities between "A Lonely Night" and "I Need to Love," and there is no musicological support for a claim that any musical elements found in "A Lonely Night" were copied from "I Need to Love".

## II. E. LYRICS

78. Based on my analysis of the lyrics of "A Lonely Night", I have concluded that there are no similarities of lyrical expression between the two songs at issue. In fact, the overall lyrical messages are very different. "A Lonely Night" describes a couple being together only once ("It was the only time") on "a lonely night", and not having a real connection. The singer states that they are "better when we're both apart", implying

no desire to have a relationship. The singer acknowledges having once loved their former partner in the lyric, "I loved you, know I loved you". Nonetheless, it remains clear that the singer does not want to have any further romantic relationship.

79. The lyrical message is very different in "I Need to Love", wherein the singer is overwhelmed by their need to be with their lover. The singer lists the many ways they are certain that both of them are in love, saying "I want you to see how much you mean to me for eternity", a sentiment that continues in the second Verse. The singer in "I Need to Love" also states how they are sure their love is reciprocated, saying "And I can see it in your eyes, there's no sacrifice when you're holding me". This theme of passionate and exclusive love continues throughout the song, cemented in the Outro with the lyric, "You are all I want".

80. Thus, the lyrics and lyrical themes in these two songs are quite different: "A Lonely Night" is about no longer being in love and attempting to avoid a relationship, while "I Need to Love" expresses being overwhelmed by the feeling of being in love. By significant contrast, in "A Lonely Night" the word "love" is used in the past tense, as the singer firmly states they are no longer in love. In "I Need to Love", the word "love" is used throughout the song in the present tense, as the singer reiterates how and why they are in love.

## II. F. "I NEED TO LOVE" AND "A LONELY NIGHT" IN THEIR ENTIRETY

81. On the basis of my analysis of "I Need to Love" and "A Lonely Night" in their entirety within the context of the analysis of their component elements, individually and in combination, and the analysis of prior art, it is my professional opinion that "I Need to Love" and "A Lonely Night" are, overall, different songs. The overall structures are different. The harmony is largely different and any harmonic similarity is common and insignificant. The overall rhythmic feel and flow of "I Need to Love" and "A Lonely Night" is different. For example, the staccato and syncopated bass rhythm in "A Lonely Night" includes short bursts of notes alternating with rests, while the bass in "I Need to Love" is fairly constant, and contains many sustained notes. The hi-hat in "A Lonely Night" is mostly eighth notes, while the hi-hat is mostly sixteenth notes in "I Need to

Love". The overall arrangement is different. "A Lonely Night" is more sparsely arranged than "I Need to Love". For example, the guitar in "A Lonely Night" is played only during the Bridge, while the guitar is played throughout "I Need to Love". There is no similarity of lyrical expression, and the overall lyrical themes are different.

82. While there are melodic similarities, those similarities are embodied in the very well known songs, "Heart of Glass" and "The World Is Not Enough", which, along with the theme from the 1990's X-Men TV series, predate both "I Need to Love" and "A Lonely Night". These prior art works significantly undermine and debilitate Plaintiffs' claim of copying, let alone the copying of expression that can be monopolized by Plaintiffs. The expression that is common to the two songs in issue was widely available prior to "I Need to Love".

## III. CONCLUSIONS

83. On the basis of my musicological research and analysis, it is my professional opinion that "I Need to Love" and "A Lonely Night" do not share any significant structural, harmonic, rhythmic, melodic, or lyrical similarities, individually or in the aggregate. While "I Need to Love" and "A Lonely Night" share melodic similarities, those similarities exist in well-known prior art songs such as "Heart of Glass" and "The World Is Not Enough", and any similarity is insignificant and was common prior to "I Need to Love". Indeed, the music that bears a similarity in "I Need to Love" and "A Lonely Night" was widely accessible in prior art to the writers of both "I Need to Love" and "A Lonely Night".

84. I did not find any musicological support for a claim that any musical elements in "A Lonely Night" were copied from "I Need to Love". From a musicological perspective, the expression that preexists "I Need to Love" was widely available to the

writers of both songs in issue and cannot be used to support a claim of copying, let alone a claim of the copying of expression that can be monopolized by “I Need to Love”.

Respectfully submitted,

April 5, 2020

By: Lawrence Ferrara, Ph.D.

For: Lawrence Ferrara, Inc.

## APPENDIX 1

**LAWRENCE FERRARA, Ph.D.**
**PROFESSOR OF MUSIC**
**DIRECTOR EMERITUS**
**NEW YORK UNIVERSITY**
**THE STEINHARDT SCHOOL**
**MUSIC AND PERFORMING ARTS PROFESSIONS**

### Educational Background

| | | |
|---|---|---|
| B.A. | Music | Montclair State University |
| M.M. | Music | Manhattan School of Music |
| Ph.D. | Music | New York University |

### Teaching Background

| | | |
|---|---|---|
| 1979-84 | Assistant Professor of Music | New York University |
| 1984-92 | Associate Professor of Music, Tenured | New York University |
| '92-present | (Full) Professor of Music | New York University |
| 1995-2006 | Professor of Music and Department Chair | New York University |
| 2006-2011 | Professor of Music and Director, Music & Perf Arts | New York University |
| 2011 (Sept.)-present | Professor of Music and Director Emeritus | New York University |

## Selected Professional Activities

| | |
|---|---|
| Cambridge, Mass: | 2020, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law |
| New York: | 2019, American Musicological Society GNY, peer-reviewed Keynote presentation regarding Music Copyright and Musicology, at New York University |
| Cambridge, Mass: | 2019, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law |
| New York: | 2019, Download Digital Tech Conference hosted by Davis Wright Tremaine, invited participation on a panel regarding music copyright |
| New York: | 2018, invited music copyright presentation at Columbia University Law School, class on Federal Courts Litigation: Trademark and Copyright |
| Cambridge, Mass: | 2018, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law |
| New York: | 2018, American Musicological Society GNY, invited participation on a panel hosted at Columbia University regarding Leadership and the Future of Musicology |
| New York: | 2017, American Musicological Society GNY, peer-reviewed Keynote presentation regarding Philosophy and Musicology, at New York University |
| New York: | 2017, invited music copyright presentation at Columbia University Law School, class on Federal Courts Litigation: Trademark and Copyright |
| Cambridge, Mass: | 2017, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law |

New York: 2017, American Musicological Society GNY, invited presentation and participation on a panel hosted at Columbia University regarding Leadership in Musicology

Los Angeles, California 2017, Southwestern Law School Annual Media Law Conference, invited panel member regarding music copyright

New York: 2016, Loeb & Loeb, Annual IP/Entertainment Law CLE Conference, invited panel member regarding music copyright

New York: 2016, The Copyright Society of America (NY), invited panel member regarding music copyright

New York: 2016, American Musicological Society GNY, peer-reviewed presentation regarding Corpus Analysis in musicology

Cambridge, Mass: 2016, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law

New York: 2016, invited lecture on music copyright at Fordham University Law School, class on Advanced Copyright

Cambridge, Mass: 2015, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law

New York: 2015, American Musicological Society GNY, invited presentation and participation on a panel hosted by The Juilliard School at Lincoln Center regarding Changes in Music Delivery and Reception in the 21st Century

Cambridge, Mass: 2014, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law

New York: 2014, invited music copyright presentation at Columbia University Law School, class on Federal Courts Litigation: Trademark and Copyright

New York: 2014, American Musicological Society GNY, peer-reviewed presentation on musicological issues regarding the composition embodied in a sampled portion of a sound recording in music copyright claims

New York: 2014, International Double Reed Society Conference, invited presentation on the musicological elements and implications in Newton v. Diamond

Cambridge, Mass: 2013, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law

New York: 2013, invited music copyright presentation at Columbia University Law School, class on Federal Courts Litigation: Trademark and Copyright

New York: 2013, American Musicological Society GNY, peer-reviewed presentation including an analysis of the musical composition in "The Phantom Song" from *Phantom of the Opera* by Andrew Lloyd Webber related to *Repp v Webber*

New York: 2012, invited music copyright presentation at Columbia University Law School, class on Federal Courts Litigation: Trademark and Copyright

Cambridge, Mass: 2012, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law

Sweden: 2011, interviewed (in New York) and featured in the Swedish TV series, "The Story Behind the Hit Song," regarding music copyright

Cambridge, Mass: 2011, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law

New York: 2010, invited presentation and moderator of a panel on sound recording sampling and music copyright for The Copyright Society of the United States, New York Chapter

New York: 2010, invited music copyright presentation at Columbia University Law School, class on Federal Courts Litigation: Trademark and Copyright

Montclair, NJ: 2010, invited to give the Inaugural Jack Sacher Memorial Research Lecture (on music analysis in music copyright matters) for the opening of the John Cali School of Music at Montclair State University

New York: 2010, invited lecture on music copyright followed by a dialogue with Academy Award winner, F. Murray Abraham, for The Pathfinders Series at The First Presbyterian Church of New York City

New York: 2008, invited music copyright presentation at Columbia University Law School, class on Federal Courts Litigation: Trademark and Copyright

Ireland: 2007, interviewed on Irish radio regarding music copyright

New York: 2007, Invited opening and closing lectures for a Conference co-sponsored by The New York Philharmonic and the Finnish Consulate on Music regarding Music Learning and Performance in Finland

New York: 2006, invited panelist at the CMJ Conference at Lincoln Center regarding music copyright

New York: 2006, invited panelist at the Remix Conference regarding music copyright

New York: 2006, invited presentation for the New York Institute for the Humanities regarding music analysis and music copyright

New York: 2006, invited Keynote Address for The Mastery of Music Teaching Conference sponsored by The Metropolitan Opera Guild and The New York Philharmonic

Washington D.C.: 2005, invited panelist/presenter at the Future of Music Policy Summit regarding music copyright and *Newton v Diamond*

New York: 2005, invited panel and group discussion leader at the United Nations regarding rhythm in the music of multiple cultures as part of the U.N.'s World Summit on the "Information Society" and the United Nations Information and Communications Technology Task Force

| | |
|---|---|
| Cambridge, Mass.: | 2005, invited panelist/presenter at Harvard University Law School's Berkman Center in a national conference regarding technology and intellectual property |
| New York: | 2005, invited music copyright presentation at Columbia University Law School, class on Federal Courts Litigation: Trademark and Copyright |
| Los Angeles: | 2005, invited lecture regarding music analysis and music copyright in Los Angeles for an NYU Alumni event |
| Orlando: | 2005, invited lecture regarding music copyright and music analysis in Orlando, Florida for an NYU Alumni event |
| Hawaii: | 2004, invited workshop presentation and session chair regarding methodology for the analysis of a J. S. Bach organ prelude for the International Conference on Arts and the Humanities |
| Norway: | 2003, invited series of lectures on music theory and analysis co-sponsored by the Music Theory and Composition Departments of the Norwegian Music Academy, and the Department of Philosophy at the University of Oslo |
| New York: | 2001, invited presentation and Chair of a panel at The United Nations regarding "Music within a Global Context." |
| Italy: | Summer 1993 & Summer 1994, Visiting Professor at University of Pisa teaching music analysis, performance practices, and philosophy of music |

As a pianist, performed solo recitals and as an accompanist in the United States and Europe including on radio and television, recordings released by Orion Master Recordings and Musique international, and performed for musical theatre shows, accompanist to internationally acclaimed singers, and as a session pianist in pop styles.

At New York University's Steinhardt School: Director of Music Performance Programs from 1980-1985, Director of Ph.D. Programs from 1986-1995, Chair of the Department

from 1995 – 2011, and Director of all Music and Performing Arts studies (undergraduate through Ph.D.) in The Steinhardt School at New York University from 2006-2011. Named "Director Emeritus" of Steinhardt Music and Performing Arts in 2011. Currently on the full-time faculty in music theory and music history.

Currently a member of the Editorial Board of the journal *Music and Moving Image* (University of Illinois Press) and on the board of Editorial Consultants for the journal *Philosophy of Music Education Review* (Indiana University Press).

## Awards

| | |
|---|---|
| 1972 | Stoekel Fellowship, Yale University Graduate School of Music, Chamber Music |
| 1985 | Presidential Research Fellowship, NYU |
| 1988 | Co-PI, Federal Grant for Research |
| 1989 | Co-PI, Federal Grant for Research renewed |

1996 Daniel E. Griffiths Award for publication regarding the analysis of Arthur Schopenhauer's works on music (Cambridge University Press, 1996).

## Membership in Professional Organizations

American Musicological Society

Society for Music Theory

## Publications: Books

| | |
|---|---|
| Ferrara, Lawrence | *Philosophy and the Analysis of Music: Bridges to Musical Sound, Form and Reference* (Greenwood Press) 1991 |
| Ferrara, Lawrence and Kathryn E. Ferrara | *Keyboard Harmony and Improvisation* (Excelsior Music Publishers) 1986 |
| Phelps, Roger, Lawrence Ferrara and Thomas Goolsby | *A Guide to Research in Music Education*, Fourth Edition. (Scarecrow Press/The Rowman & Littlefield Publishing Group) 1993 |
| Phelps, Roger, Lawrence Ferrara, *et al* | *A Guide to Research in Music Education*, Fifth Edition (Scarecrow Press/The Rowman & Littlefield Publishing Group) 2005 |

## Courses Taught at NYU

| | |
|---|---|
| Aesthetic Foundations of the Arts: | for Ph.D. students |
| Aesthetic Inquiry: | for Ph.D. students |
| Arts Heritage and Criticism: | for M.M. students |
| Classic Era Music, Analysis: | for M.M. students |

| | |
|---|---|
| Contemporary Music, Analysis: | for M.M. and Ph.D. students |
| Dissertation Proposal Seminar: | for Ph.D. students |
| Keyboard Harmony and Improvisation: | for B.M. students |
| Music Copyright, Landmark Cases: | for B.M. students |
| Music Criticism: | for M.M. students |
| Music History III, 19th Century: | for B.M. students |
| Music History IV, 20th & 21st Century: | for B.M. students |
| Music Performance Practices: | for M.M. students |
| Music Reference & Research Methods: | for M.M. and Ph.D. students |
| Music Theory and Analysis: | for B.M. students |
| Seminar in Music Theory & Analysis: | for M.M. and Ph.D. students |

**Music Copyright**

A music expert in music copyright issues for more than twenty years providing opinions for plaintiffs and defendants

An active music copyright consultant for record, music publishing, and motion picture companies, and for individuals in the United States and abroad

A regularly invited guest lecturer in music copyright in classes at Columbia University Law School and Harvard University Law School

Member of numerous conference panels regarding music copyright such as a panel presentation hosted by Harvard Law School in 2005, a panelist at the Future of Music Policy Summit in 2005 (Washington, D.C.), the CMJ Conference at Lincoln Center in 2006, the Remix Conference in 2006 (NY), a panel moderator in 2010 and a panel member in 2016 for The Copyright Society of the

United States (NY), and a panelist for conferences at Loeb and Loeb (NY) in 2016, Southwestern Law School (LA) in January 2017, and for Davis Wright (NY) in October 2019.

Peer-reviewed presentations regarding music copyright for the American Musicological Society (GNY) in 2013, 2014, 2016, and 2019.

## Deposition and/or Trial Testimony in the last nine years

(1) Batts *et al* v. Adams *et al* in 2011
(2) Francescatti v. Germanotta *et al* in 2013
(3) Marino v. Usher *et al* in 2013
(4) Roberts *et al* v. Gordy *et al* in 2014
(5) Roberts *et al* v. Gordy *et al* in 2015
(6) Fahmy v. Shawn Carter *et al* in 2015
(7) Copeland v. Bieber *et al* in 2016
(8) Skidmore v. Led Zeppelin *et al* in 2016
(9) Gray, *et al* v. Hudson, *et al* in 2018
(10) Gray, *et al* v. Hudson, *et al* in 2019

## Fee rate for Professional Services

$475 per hour plus any travel related expenses

# APPENDIX 2

## Table of Contents of the Ferrara Report


| | | | |
|---|---|---|---|
| **I. INTRODUCTION AND SUMMARY** | | | 1 |
| | Summary of Findings | | 1 |
| | Materials Used in the Analysis | | 2 |
| | Overall Methodology | | 2 |
| | Musical Compositions and Basic Terminology | | 3 |
| **II. ANALYSIS OF "I NEED TO LOVE" AND "A LONELY NIGHT"** | | | 4 |
| | II. A. | Form/Structure | 4 |
| | II. B. | Harmony | 7 |
| | II. C. | Rhythm | 10 |
| | II. D. | Melody | 11 |
| | | Prior Art, "Heart of Glass" | 17 |
| | | Prior Art, "The World Is Not Enough" | 28 |
| | | The Melodic Echo | 38 |
| | | Prior Art, Theme from the *X-Men* TV Series | 39 |
| | II. E. | Lyrics | 42 |
| | II. F. | "I Need to Love" and "A Lonely Night" in their Entirety | 43 |
| **III. CONCLUSIONS** | | | 44 |

# APPENDIX 3

## List of Audio and Visual Exhibits Attached to the Ferrara Report

Audio Exhibit 1

1 "I Need to Love"

2 "A Lonely Night"

3 "Heart of Glass"

4 "The World Is Not Enough"

5 The "X-Men" Theme

Visual Exhibits

A "A Lonely Night" published sheet music

B "Heart of Glass" published sheet music

C "The World Is Not Enough" published sheet music

# VISUAL EXHIBIT A

*From: "The Weeknd - Starboy"*

# A Lonely Night

by

ABEL TESFAYE, MAX MARTIN,
SAVAN KOTECHA, AHMAD BALSHE,
ALI PAYAMI, JASON QUENNEVILLE
and ANDERS SVENSSON

Published Under License From

Kobalt Music Publishing America, Inc.

Copyright © 2016 Songs Music Publishing, LLC o/b/o Songs Of SMP, MXM, WB Music Corp.,
Wolf Cousins, Warner/Chappell Music Scandinavia AB, Universal Music Corp. and Sal And Co LP
All Rights for MXM Administered Worldwide by Kobalt Songs Music Publishing
All Rights for Wolf Cousins and Warner/Chappell Music Scandinavia AB in the U.S. and Canada Administered by WB Music Corp.
All Rights for Sal And Co LP Administered by WB Music Corp. and Universal Music Corp.
All Rights Reserved Used by Permission

Authorized for use by ***Lawrence Ferrara***

NOTICE: Purchasers of this musical file are entitled to use it for their personal enjoyment and musical fulfillment. However, any duplication, adaptation, arranging and/or transmission of this copyrighted music requires the written consent of the copyright owner(s) and of Kobalt Music Publishing America, Inc.. Unauthorized uses are infringements of the copyright laws of the United States and other countries and may subject the user to civil and/or criminal penalties.

musicnotes

# A LONELY NIGHT

Words and Music by ABEL TESFAYE, ANDERS SVENSSON, MAX MARTIN, SAVAN KOTECHA, AHMAD BALSHE, ALI PAYAMI and JASON QUENNEVILLE




Copyright © 2016 Songs Music Publishing, LLC o/b/o Songs Of SMP, MXM, WB Music Corp., Wolf Cousins, Warner/Chappell Music Scandinavia AB, Universal Music Corp. and Sal And Co LP
All Rights for MXM Administered Worldwide by Kobalt Songs Music Publishing
All Rights for Wolf Cousins and Warner/Chappell Music Scandinavia AB in the U.S. and Canada Administered by WB Music Corp.
All Rights for Sal And Co LP Administered by WB Music Corp. and Universal Music Corp.
All Rights Reserved Used by Permission

EXHIBIT 2



musicnotes

Authorized for use by: *Lawrence Ferrara*




EXHIBIT 2



musicnotes

Authorized for use by: *Lawrence Ferrara*






musicnotes
Authorized for use by: *Lawrence Ferrara*






musicnotes
Authorized for use by: ***Lawrence Ferrara***




EXHIBIT 2

70

musicnotes

Authorized for use by: ***Lawrence Ferrara***




EXHIBIT 2



musicnotes

Authorized for use by: *Lawrence Ferrara*






musicnotes
Authorized for use by: ***Lawrence Ferrara***

# VISUAL EXHIBIT B

*From: "The Best of Blondie"*

# Heart of Glass

by

DEBORAH HARRY and CHRIS STEIN

Published Under License From

BMG Rights Management

© 1978 CHRYSALIS MUSIC/MONSTER ISLAND MUSIC
All Rights Administered by CHRYSALIS MUSIC (ASCAP)
All Rights Reserved

Authorized for use by ***Lawrence Ferrara***

NOTICE: Purchasers of this musical file are entitled to use it for their personal enjoyment and musical fulfillment. However, any duplication, adaptation, arranging and/or transmission of this copyrighted music requires the written consent of the copyright owner(s) and of BMG Rights Management Unauthorized uses are infringements of the copyright laws of the United States and other countries and may subject the user to civil and/or criminal penalties.

musicnotes.com

musicnotes

# HEART OF GLASS

Words and Music by DEBORAH HARRY
and CHRIS STEIN




EXHIBIT 2

Copyright © 1978 Chrysalis Music and Monster Island Music
All Rights Administered by Chrysalis Music
All Rights Reserved Used by Permission



musicnotes

Authorized for use by: *Lawrence Ferrara*






musicnotes
Authorized for use by: *Lawrence Ferrara*






musicnotes
Authorized for use by: *Lawrence Ferrara*






musicnotes
Authorized for use by: *Lawrence Ferrara*




**EXHIBIT 2**



musicnotes

Authorized for use by: ***Lawrence Ferrara***






musicnotes
Authorized for use by: ***Lawrence Ferrara***




EXHIBIT 2



musicnotes
Authorized for use by: *Lawrence Ferrara*






musicnotes
Authorized for use by: ***Lawrence Ferrara***






musicnotes
Authorized for use by: Lawrence Ferrara

# VISUAL EXHIBIT C

*From: "James Bond 007: The World Is Not Enough"*

# The World Is Not Enough

by

DAVID ARNOLD

Lyrics by: DON BLACK

Published Under License From

Sony/ATV Music Publishing

© 1999 by UNITED LION MUSIC, INC.
All Rights Reserved

Authorized for use by ***Lawrence Ferrara***

NOTICE: Purchasers of this musical file are entitled to use it for their personal enjoyment and musical fulfillment. However, any duplication, adaptation, arranging and/or transmission of this copyrighted music requires the written consent of the copyright owner(s) and of Sony/ATV Music Publishing. Unauthorized uses are infringements of the copyright laws of the United States and other countries and may subject the user to civil and/or criminal penalties.

musicnotes

# THE WORLD IS NOT ENOUGH

Lyrics by DON BLACK
Music by DAVID ARNOLD

**Moderate rock (♩ =84)**




EXHIBIT 2

© 1999 by UNITED LION MUSIC, INC.
All Rights Reserved



musicnotes

Authorized for use by: *Lawrence Ferrara*




EXHIBIT 2
87



Authorized for use by: *Lawrence Ferrara*


B♭m
C
Fm
place to start, my love. And if you're strong e - nough,
Fm7
B♭m
To Coda
1. C
to - geth - er we can take the world a - part, my love.
2. Csus
C
Bridge:
B♭m
C
love. I feel safe.
B♭m
C
B♭m
I feel scared. I feel

EXHIBIT 2
88




EXHIBIT 2

89



Authorized for use by: ***Lawrence Ferrara***