# EXHIBIT 4

**LAWRENCE FERRARA, Ph.D.**
**FOR: LAWRENCE FERRARA, INC.**

# REBUTTAL TO THE STEWART REPORT

# REGARDING "I NEED TO LOVE" AND "A LONELY NIGHT"

## I. INTRODUCTION

1. After being asked to perform a comparative musicological analysis of the compositions in "I Need to Love" and "A Lonely Night", I prepared and submitted a report dated April 5, 2020 (hereafter "the Ferrara Report").

2. I have been asked to respond to a report by Dr. Alexander Stewart dated January 8, 2019 (hereafter "the Stewart Report"). The Stewart Report has not changed my opinions presented in the Ferrara Report. It continues to be my opinion that while "I Need to Love" and "A Lonely Night" share musical similarities, those similarities exist in well-known prior art. The similarities between "I Need to Love" and "A Lonely Night" were demonstrably accessible to the writers of both "I Need to Love" and "A Lonely Night" in prior art. Musical elements that are found in both "I Need to Love" and "A Lonely Night" are in the very well-known hit songs, "Heart of Glass" (recorded by Blondie and released on the album *Parallel Lines* in 1978 and as a single in 1979) and "The World Is Not Enough" which was the title song in the 1999 James Bond movie, *The World Is Not Enough* (released in the movie sound track album and as a single in 1999).

3. The Ferrara Report shows that after removing the expression that is also found in "Heart of Glass", the melodic similarity that remains between "I Need to Love" and "A Lonely Night" is only 3 fragmentary pitches (merely 1 isolated pitch per bar). From a musicological perspective, the similarities that preexist "I Need to Love" in "Heart of Glass" and "The World Is Not Enough" (as well as the 1990's *X-Men* TV show theme) cannot be used to support a claim of copying, or a claim of the copying of expression that can be monopolized in "I Need to Love". Consequently, when viewed in the context of prior art, there are no significant structural, harmonic, rhythmic, lyrical, or

melodic similarities between "A Lonely Night" and "I Need to Love," and there is no musicological support for a claim that any musical elements found in "A Lonely Night" were copied from "I Need to Love".

4. As explained more fully below, the Stewart Report fails because:

- No analysis of the overall form or structure of "I Need to Love" and "A Lonely Night" is presented;
- No analysis at all is presented of the entire sections in "I Need to Love" (e.g., Verse and Chorus) which include expression at issue;
- By failing to consider entire structures of the works, it fails to consider the many differences;
- Repeated findings that melodies in "A Lonely Night" "have been copied" from "I Need to Love" are merely conclusory and blindsided by the omission of any analysis of prior art;
- Indeed, no mention or review, let alone analysis, of prior art is presented at all; and
- Even using the Stewart Report's transcriptions, the elements in common between "I Need to Love" and "A Lonely Night" are objectively embodied in well-known prior art.

## II. REBUTTAL OF THE STEWART REPORT

5. In the last sentence at Paragraph 3 of the Stewart Report, regarding the two works at issue Dr. Stewart opines: "[B]ased on the level of detail in which these similarities are found, these similarities could only result from copying". However, as shown in the Ferrara Report and using Dr. Stewart's own transcriptions below, the elements in common between "I Need to Love" and "A Lonely Night" are demonstrably and objectively embodied in well-known prior art. These prior art works undercut Dr. Stewart's opinion regarding copying and objectively establish that the expression at issue was widely available to the writers of "I Need to Love" and "A Lonely Night" before either was created.

## II. A. STRUCTURE

The Stewart Report Fails To Present Any Analysis Of The Overall Form Or Structure Of "I Need To Love" And "A Lonely Night"

6. Contrary to musicological practices, the Stewart Report fails to present any analysis of the overall form or structure of "I Need to Love" and "A Lonely Night". As shown in a structural chart at Page 5 of the Ferrara Report, both songs incorporate Introduction, Verse, Chorus, Bridge and Outro (ending) sections. Based on accepted musicological practices, the expression at issue should be identified and contextualized within these structural sections. But the Stewart Report fails to mention, let alone properly identify, the Verse and Chorus sections of "I Need to Love" within which expression is placed in issue in the Stewart Report. The Stewart Report merely provides the sound recording times of excerpts from "I Need to Love" but never identifies the Verses or Choruses, or where therein, that expression is situated.

7. Moreover, no analysis of the expression placed in issue in "I Need to Love" is presented within the context of an entire structural section. For example, the full melodies and harmonies in the Verse and Chorus sections of "I Need to Love" are not analyzed in the Stewart Report. As a result, the Stewart Report relies on isolated portions and ignores a great deal of expression that is different between these sections of "I Need to Love" and "A Lonely Night", differences that are considered in the Ferrara Report. This analytical behavior exposes a pattern in the Stewart Report of omitting or attempting to mitigate differences between "I Need to Love" and "A Lonely Night" in the Stewart Report.

## II. B. HARMONY

The Stewart Report Concedes That "I Need to Love" And "A Lonely Night" Are In Different Keys

8. The Stewart Report concedes that "I Need to Love" and "A Lonely Night" are in different keys, respectively in the keys of F# minor and G minor. As stated in the Ferrara Report, a "minor" key is a musical building block. In tonal music of the last three

centuries "There are two types or modes of keys, major and minor…."[1] Thus, even if both songs were recorded in the same minor key, and they are not, a minor key is a musical building block that has been used in countless musical compositions in multiple genres for centuries. Dr. Stewart's statement at Paragraph 4, "F# minor and G minor are one half-step apart from each other, as close as two keys can be in the Western tonal system" ignores that it would be musicologically insignificant if they were in the same minor key. The Stewart Report's attempt to find similarity in what Dr. Stewart claims is a slight difference when actual identity would not be musicologically meaningful, is one of many thin attempts throughout the Stewart Report to try to claim musicologically significant similarities when they do not exist, and to mitigate differences (or ignore them altogether) between "I Need to Love" and "A Lonely Night".

<u>The Stewart Report Concedes That The Harmonies In "I Need to Love" And "A Lonely Night" Are Different</u>

9. The harmonies in "I Need to Love" and "A Lonely Night" are plainly different both in terms of chords and harmonic rhythm. At Paragraph 5 of the Stewart Report, the chords are charted (as copied below) with the chords in "I Need to Love" transposed to the same key (G minor) as "A Lonely Night". The red highlights are in the Stewart Report.

| | | | | | | |
|---|---|---|---|---|---|---|
| NL (transposed) | **Gmin7** | **Cmin7** | | F | F7 | Gmin7 |
| LN | **Gmin7** | **Ebmaj7** | Dmin7 | | | |

As charted by Dr. Stewart and copied immediately above, four out of a total of five chords in the chord progression in "I Need to Love" are <u>different</u> from the chord progression in "A Lonely Night".

1 *See* "key" in *The Harvard Dictionary of Music*, Fourth Edition, Harvard University Press, 2003, p. 442).

10. In the second chord chart at Paragraph 5, Dr. Stewart removes three of the chords in "I Need to Love" and one of the chords in "A Lonely Night" that are different in the two songs as copied below. No chords are highlighted.

| | | |
|---|---|---|
| NL (transposed) | Gmin7 | Cmin7 |
| LN | Gmin7 | Ebmaj7 |

Immediately following the chord chart copied above, Dr. Stewart concedes: "As can be seen, only the second chord is different". Dr. Stewart then tries to mitigate that "difference" with the fact that the Cm7 and Ebmaj7 chords share three out of four pitches. This leads Dr. Stewart, in his last sentence at Paragraph 5 at Page 3 of his report to proffer the musicologically vacuous opinion that, "[T]he passages at issue in this matter are set to almost identical harmonies." But he reaches that conclusion only by ignoring six of the chords that are different in his own chart. Dr. Stewart's own chart, copied above, contradicts his opinion insofar as four out of a total of five chords in "I Need to Love" are different from chords in "A Lonely Night" and two out of a total of three chords in "A Lonely Night" are different from chords in "I Need to Love". Moreover, his own words – "As can be seen, only the second chord [Cm7 as compared with Ebmaj7] is different" – contradict his opinion that the chords are "almost identical".

11. Moreover, the sharing of pitches between Cm7 and Ebmaj7 chords is a function of the fact that chords built on scale degrees that are the interval of a third apart (e.g., chords built on scale degrees 1 and 3, scale degrees 2 and 4, scale degrees 3 and 5, scale degrees 4 and 6, and so on) within the same key all share pitches. While these chords, like the Cmin7 and Ebmaj7 chords at issue (respectively built on scale degrees 4 and 6) share pitches, they remain different chords as defined in music theory and analysis. Moreover, "Cmin7" in "I Need to Love" is a *minor* chord, but by way of further difference, "Ebmaj7" in "A Lonely Night" is a *major* chord.

The Stewart Report Fails To Compare The Harmonies In The Entire Verse And Chorus Sections In "I Need To Love"

12. The Stewart Report compares harmonies in "I Need to Love" and "A Lonely Night", yet it never names, let alone situates, the expression it places in issue in the Verse, Chorus, or Outro sections of the songs at issue. Moreover, the Stewart Report omits any identification of the chords in bar 8 of the 8-bar chord progression in the Choruses, (second half of) the Verses and the Outro sections of "I Need to Love". The chord progressions in all of the sections of "I Need to Love" and "A Lonely Night" are charted and analyzed at Pages 7-10 of the Ferrara Report. As shown there, the main chord progression in "I Need to Love" is 8 bars in duration and consists of Gm7, Cm7, F, F7, Gm7, Cm, D7, which, once again, is used in the Choruses, the second half of the Verses, and the Outro of I Need to Love". As can readily be seen at Paragraph 5 in the Stewart Report, the Cm and D7 chords are omitted. These two chords are different from the chords in corresponding bars in "A Lonely Night".

13. Furthermore, the main chord progression in "A Lonely Night" is 4 bars in duration (not 8 bars), namely, Gm7 (for 2 bars), Ebmaj7, Dm7. Insofar as the chord progression in "A Lonely Night" is 4 bars in duration but the chord progression in "I Need to Love" is 8 bars in duration, in the chord chart at Page 9 of the Ferrara Report (copied immediately below), the 4-bar chord progression in "A Lonely Night" is repeated under bars 5-8 in order to facilitate a comparison with the 8-bar chord progression in "I Need to Love".

| | bars 1-2 | bar 3 | bar 4 | bars 5-6 | bar 7 | bar 8 |
|---|---|---|---|---|---|---|
| "I Need to Love": | Gm7 | Cm7 | Cm7 | F F7 | Gm7 | Cm D7 |
| "A Lonely Night": | Gm7 | Ebmaj7 | Dm7 | Gm7 | Ebmaj7 | Dm7 |

14. As shown above, out of 8 bars the only chord that is the same out of 8 bars is the Gm7 in bars 1 and 2. Starting a chord progression with a Gm7 chord in songs that are in the key of G minor is commonplace. The Gm7 chord is built on the

**EXHIBIT 4**

**95**

"tonic" (key center) on scale degree 1 of the G minor scale. There is an insignificant similarity in bar 3 between the Cm7 chord in "I Need to Love" and the Ebmaj7 chord in "A Lonely Night" as discussed at Paragraph 11 above. The chords in the remaining five out of eight bars are different between "I Need to Love" and "A Lonely Night".

15. Moreover, as shown at Paragraphs 62-65 at Pages 35-37 of the Ferrara Report, the chord progressions in "The World Is Not Enough" (featured in the James Bond movie of the same name and released as a single in 1999) and "A Lonely Night" are more similar than the chord progressions between "I Need to Love" and "A Lonely Night".

## II. C. MELODY

**Example 1** in the Stewart Report: After Removing The Melodic Pitches In Prior Art, The Melodic Similarity That Remains Between "I Need to Love" and "A Lonely Night" Is Only 3 Fragmentary Pitches (Merely 1 Isolated Pitch Per Bar)

15. Example 1 at Page 3 of the Stewart Report places bars 1-3 of Verse 1 in "I Need to Love" on the top staff and bars 1-3 of Chorus 1 in "A Lonely Night" on the bottom staff. The Stewart Report does not identify these bars as part of, respectively, Verse 1 and Chorus 1 of the two songs at issue.

16. In Musical Example 1 immediately below, the melody in bars 1-3 of Chorus 1 in the hit song, "Heart of Glass" (recorded by Blondie and released on the album *Parallel Lines* in 1978 and as a single in 1979) is placed on the top staff. Using Dr. Stewart's transcriptions of the melodies in "I Need to Love" and "A Lonely Night" from Example 1 at Page 3 of the Stewart Report, in Musical Example 1 below, "Heart of Glass" is on the top staff, "I Need to Love" is on the middle staff, and "A Lonely Night" is on the bottom staff.

**MUSICAL EXAMPLE 1**




17. In Musical Example 2 below, using the transcriptions in Musical Example 1 above, an X is placed over each pitch in the 3-bar melody in the Chorus of "A Lonely Night" (1) that is also found in "Heart of Glass" or (2) that does not correspond with a pitch in "I Need to Love". The melodic similarity that remains between "I Need to Love" and "A Lonely Night" is merely 3 isolated pitches, only one pitch in each of three bars. These three remaining pitches are highlighted in red. Furthermore, the isolated, red highlighted "b-flat" in bar 2 of "A Lonely Night" and "I Need to Love" is strongly related to the corresponding "b" (highlighted in purple) in bar 2 of "Heart of Glass". In all three songs, the "b" and the "b-flat" are (1) scale degree 3 and (2) the highest pitch in these 3-bar melodies. Thus, there is musicological support to also X out the red pitch in bar 2 in "A Lonely Night". Nonetheless, whether 2 or 3 isolated pitches remain is as inconsequential as the minimal melodic similarity that is left after removing the pitches that are in "Heart of Glass" *using Dr. Stewart's transcriptions of the melodies at issue in the Stewart Report*.

**MUSICAL EXAMPLE 2**

**"Heart of Glass" Chorus 1 (bars 1-3)**

**"I Need to Love" Verse 1 (bar 1-3)**

**"A Lonely Night" Chorus 1 (bars 1-3) with pitches "X"-ed that are in "Heart of Glass" or not in "I Need to Love"**




18. In Musical Example 3 below, the X'd pitches in "A Lonely Night" are removed. All that remains is a single red pitch in each bar of "A Lonely Night" that corresponds to a single red pitch in "I Need to Love". As explained above, further reducing the similarity between the melodies in "A Lonely Night" and "I Need to Love" is the fact that the isolated, red highlighted "b-flat" in bar 2 in "A Lonely Night" and "I Need to Love" is strongly related to the corresponding "b" (in purple) in bar 2 of "Heart of Glass" and could also be removed, leaving only 2 isolated pitches.

## MUSICAL EXAMPLE 3

**“Heart of Glass” Chorus 1 (bars 1-3)**

**“I Need to Love” Verse 1 (bar 1-3)**

**“A Lonely Night” Chorus 1 (bars 1-3) without pitches that are in “Heart of Glass” or not in “I Need to Love”**




19. At the top of page 4 of the Stewart Report, the sequences of pitches in the melodies in Dr. Stewart’s Example 1 are charted as scale degrees. (There are only seven scale degrees in a major or minor scale, #’s 1-7.) Immediately below, using the scale degrees charted in the Stewart Report regarding the melodies in “I Need to Love” and “A Lonely Night”, I have placed the sequence of pitches in the melody in “Heart of Glass” transcribed in Musical Examples 1, 2, and 3 above on the top line of the chart.

The Pitch Sequences as Scale degrees

| | | |
|---|---|---|
| “Heart of Glass”: | 2 1 6 | 2 1 2 1 2 3 2 1 2 1 5 |
| “I Need to Love”: | 5 2 1 5 | 2 1 2 1 2 3 2 1 2 1 6 |
| “A Lonely Night” | 3 2 5 5 | 2 1 2 1 2 3 2 1 2 6 6[2] |

[2] The Stewart Report fails to include the last two pitches in the melody in “A Lonely Night” that it transcribes in its Example 1 at Page 3. Thereby, Dr. Stewart’s chart of

20. As shown in Musical Examples 2 and 3 and the chart immediately above, using Dr. Stewart's charted sequence of pitches in "I Need to Love" and "A Lonely Night", after removing (1) the melodic pitches in the prior art song, "Heart of Glass", and (2) pitches that are not in "I Need to Love", the melodic similarity that remains between "I Need to Love" and "A Lonely Night" is only 3 fragmentary pitches, which are highlighted in red in the chart immediately above.

21. In addition and as objectively shown in Musical Example 1 above, the rhythmic durations and metric placements of the pitches in "Heart of Glass" as compared with "I Need to Love" and "A Lonely Night" include most of the similarities in rhythmic gestures that are identified by Dr. Stewart at Page 4 of his report regarding the portions at issue of "I Need to Love" and "A Lonely Night". Namely, in "Heart of Glass", the shorter first phrase includes a longer note on the downbeat of the measure and "…this note leads to two quicker notes on the last two syllables, the last of which anticipates the third beat. The second, longer phrase begins on beat one of the next measure with syncopated sixteenth notes on the 2nd and 1st scale degrees (A and G)", moving up to a note on the 3rd degree of the scale with eighth notes on beat four set to the 2nd and 1st scale degrees. A longer note on the first beat of the next measure on the second scale degree precedes the final note which anticipates the third beat. [Stewart Report, Page 4] However, that is true of "Heart of Glass". Moreover and notably, the rhythmic durations and metric placements of the pitches in all of bar 1 and in beats 1, 2, and 3 of bar 3 of "Heart of Glass" and "A Lonely Night" are *identical*, whereas the rhythmic durations and metric placements of the pitches in bar 1 and bar 3 are different in "I Need to Love" and "A Lonely Night" as transcribed in the Stewart Report.

pitch sequences is inconsistent with his transcription in Example 1 with respect to "A Lonely Night". Notably, those two pitches that are omitted in the chart of pitch sequences are different from the sequence of pitches in "I Need to Love".

**Example 2** <u>in the Stewart Report: After Removing The Melodic Pitches In Prior Art, The Melodic Similarity That Remains Between "I Need to Love" and "A Lonely Night" Is Only 3 Fragmentary Pitches (Merely 1 Isolated Pitch Per Bar)</u>

22. Example 2 at Page 4 of the Stewart Report places bars 9-11 (the beginning of the second half) of Verse 1 in "I Need to Love" on the top staff and bars 1-3 of Chorus 1 in "A Lonely Night" on the bottom staff. The Stewart Report does not identify these bars as part of, respectively, Verse 1 and Chorus 1 of the two songs at issue.

23. In Musical Example 4 immediately below, the melody in bars 1-3 of Chorus 1 in the prior art song, "Heart of Glass", is placed on the top staff. Using Dr. Stewart's transcriptions of the melodies in "I Need to Love" and "A Lonely Night" from Example 2 at Page 4 of the Stewart Report, in Musical Example 4 below, "Heart of Glass" is on the top staff, "I Need to Love" is on the middle staff, and "A Lonely Night" is on the bottom staff.

**MUSICAL EXAMPLE 4**



24. All of the similarities between the rhythmic durations and metric placements of the pitches in “Heart of Glass”, “A Lonely Night” and “I Need to Love” specified at Paragraph 21 above continue to obtain with respect to “Heart of Glass”, “A Lonely Night” and “I Need to Love” in Musical Example 4 above. For example, as shown in Musical Example 4 above, the melodic rhythm is identical between bar 1 in “Heart of Glass” and “A Lonely Night”, and identical on beats 1, 2, and 3 between bar 3 in “Heart of Glass” and “A Lonely Night”. On the other hand, the rhythmic durations and metric placements in bars 1 and 3 of “I Need to Love” are different from bars 1 and 3 of “A Lonely Night” as transcribed by Dr. Stewart.

25. In Musical Example 5 below, using the transcriptions in Musical Example 4 immediately above, an X is placed over each pitch in the 3-bar melody in the Chorus of “A Lonely Night” (1) that is also found in “Heart of Glass” or (2) that does not correspond with a pitch in “I Need to Love”. The melodic similarity that remains between “I Need to Love” and “A Lonely Night” is merely 3 isolated pitches, only one pitch in each of three bars. These three remaining pitches are highlighted in red in each melody. Furthermore, the isolated, red highlighted “b-flat” in bar 2 of “A Lonely Night” and “I Need to Love” is strongly related to the corresponding “b” (highlighted in purple) in bar 2 of “Heart of Glass”. In all three songs, the “b” and the “b-flat” are (1) scale degree 3 and (2) the highest pitch in these 3-bar melodies. Thus, there is musicological support to also X out the red pitch in bar 2 in “A Lonely Night”. Nonetheless, whether 2 or 3 isolated pitches remain is as inconsequential as the minimal melodic similarity that is left after removing the pitches that are in “Heart of Glass” *using Dr. Stewart’s transcriptions of the melodies at issue in the Stewart Report*.

## MUSICAL EXAMPLE 5

### "Heart of Glass" Chorus 1 (bars 1-3)

### "I Need to Love" Verse 1 (bars 9-11)

### "A Lonely Night" Chorus 1 (bars 1-3) with pitches "X"-ed that are in "Heart of Glass" or not in "I Need to Love"




26. In Musical Example 6 below, the X'd pitches in "A Lonely Night" are removed. All that remains is a single red pitch in each bar of "A Lonely Night" that corresponds to a single red pitch in "I Need to Love". As explained above, further reducing the similarity between the melodies in "A Lonely Night" and "I Need to Love" is the fact that the isolated, red highlighted "b-flat" in bar 2 in "A Lonely Night" and "I Need to Love" is strongly related to the corresponding "b" (in purple) in bar 2 of "Heart of Glass" and could also be removed, leaving only 2 isolated pitches.

## MUSICAL EXAMPLE 6

**"Heart of Glass" Chorus 1 (bars 1-3)**

**"I Need to Love" Verse 1 (bar 9-11)**

**"A Lonely Night" Chorus 1 (bars 1-3) without pitches that are in "Heart of Glass" or not in "I Need to Love"**




27. Near the bottom of page 4 of the Stewart Report, the sequences of pitches in the melodies in Dr. Stewart's Example 2 are charted as scale degrees. Immediately below, using the scale degrees charted in the Stewart Report regarding the melodies in "I Need to Love" and "A Lonely Night", I have placed the sequence of pitches in the melody in "Heart of Glass" transcribed in Musical Examples 4, 5, and 6 above on the top line of the chart.

The Pitch Sequences as Scale degrees

| | | |
|---|---|---|
| "Heart of Glass": | 2 1 6 | 2 1 2 1 2 3 2 1 2 1 5 |
| "I Need to Love": | 2 1 5 | 2 1 2 1 2 3 2 1 2 1 6 |
| "A Lonely Night": | 3 2 5 5 | 2 1 2 1 2 3 2 1 2 6 6 (7 5) |

28. As shown in Musical Examples 5 and 6 and the chart immediately above, using Dr. Stewart's charted sequence of pitches in "I Need to Love" and "A Lonely Night", after removing (1) the melodic pitches in "Heart of Glass" and (2) pitches that are not in "I Need to Love", the melodic similarity that remains between "I Need to Love" and "A Lonely Night" is only 3 fragmentary pitches, which are highlighted in red in the chart immediately above.

**Example 3** in the Stewart Report: After Removing The Melodic Pitches In Prior Art, The Melodic Similarity That Remains Between "I Need To Love" and "A Lonely Night" Is Only 5 Scattered Pitches Out Of A Total Of 20 Pitches In "A Lonely Night"

29. Example 3 at Page 5 of the Stewart Report extracts bars 9-11 from Verse 2 in "I Need to Love" on the top staff and bars 5-7 of Chorus 1 in "A Lonely Night" on the bottom staff. The Stewart Report does not identify these bars as part of, respectively, Verse 2 and Chorus 1 of the two songs at issue.

30. In Musical Example 7 below, the melody in bars 1-3 of Chorus 1 in the prior art song, "Heart of Glass", is placed on the top staff. Using Dr. Stewart's transcriptions of the melodies in "I Need to Love" and "A Lonely Night" from Example 3 at Page 5 of the Stewart Report, in Musical Example 7 below, "Heart of Glass" is on the top staff, "I Need to Love" is on the middle staff, and "A Lonely Night" is on the bottom staff.

31. All of the similarities between the rhythmic durations and metric placements of the pitches in "Heart of Glass", "A Lonely Night" and "I Need to Love" specified at Paragraph 21 above continue to obtain with respect to "Heart of Glass", "A Lonely Night" and "I Need to Love" in Musical Example 7 below. This includes the fact that the melodic rhythm is identical between bar 1 and the first 3 beats of bar 3 in "Heart of Glass" and "A Lonely Night", while the rhythmic durations and metric placements of the pitches in bars 1 and 3 of "I Need to Love" are different from bars 1 and 3 of "A Lonely Night" as transcribed by Dr. Stewart.

**MUSICAL EXAMPLE 7**




32. In Musical Example 8 below, using the transcriptions in Musical Example 7 immediately above, an X is placed over each pitch in the 3-bar melody from the Chorus of "A Lonely Night" (1) that is also found in "Heart of Glass" or (2) that does not correspond with a pitch in "I Need to Love". The melodic similarity that remains between "I Need to Love" and "A Lonely Night" is merely five scattered pitches out of a total of twenty pitches (as transcribed in the Stewart Report) in the melody in "A Lonely Night": one isolated pitch in the pickup bar, two pitches in the first full bar, one isolated pitch in bar 2, and one isolated pitch in bar 3. Only two pitches are consecutive, and they are preceded and followed by pitches that are X'ed out because they are also in "Heart of Glass". The five remaining pitches are highlighted in red. Furthermore, the isolated, red highlighted "b-flat" in bar 2 of "A Lonely Night" and "I Need to Love" is strongly related to the corresponding "b" (highlighted in purple) in bar 2 of "Heart of Glass". In all three songs, the "b" and the "b-flat" are (1) scale degree 3 and (2) the highest pitch in these 3-bar melodies. Thus, there is musicological support to also X out the red pitch in bar 2 in "A Lonely Night". Nonetheless, whether 4 or 5 scattered pitches remain is as inconsequential as the minimal melodic similarity that is left after removing the pitches that are in "Heart of Glass" *using Dr. Stewart's transcriptions of the melodies placed in issue in the Stewart Report*.

## MUSICAL EXAMPLE 8

**"Heart of Glass" Chorus 1 (bars 1-3)**

**"I Need to Love" Verse 2 (bars 9-11)**

**"A Lonely Night" Chorus 1 (bars 5-7) with pitches "X"-ed that are in "Heart of Glass" or not in "I Need to Love"**




33. In Musical Example 9 below, the X'd pitches in "A Lonely Night" are removed. All that remains are five scattered red pitches in "A Lonely Night" that correspond to scattered red pitches in "I Need to Love". As explained above, further reducing the similarity between the melodies in "A Lonely Night" and "I Need to Love" is the fact that the isolated, red highlighted "b-flat" in bar 2 in "A Lonely Night" and "I Need to Love" is strongly related to the corresponding "b" (in purple) in bar 2 of "Heart of Glass" and could also be removed, leaving only 4 scattered pitches.

**MUSICAL EXAMPLE 9**

**"Heart of Glass" Chorus 1 (bars 1-3)**

**"I Need to Love" Verse 1 (bar 9-11)**

**"A Lonely Night" Chorus 1 (bars 1-3) without pitches that are in "Heart of Glass" or not in "I Need to Love"**




34. Immediately below Example 3 at Page 5 of the Stewart Report, the sequences of pitches in the melodies in Dr. Stewart's Example 3 are charted as scale degrees. Immediately below, using the scale degrees charted in the Stewart Report regarding the melodies in "I Need to Love" and "A Lonely Night", I have placed the sequence of pitches in the melody in "Heart of Glass" transcribed in Musical Examples 7, 8, and 9 above on the top line of the chart.

The Pitch Sequences as Scale degrees

"Heart of Glass": 2 1 6 2 1 2 1 2 3 2 1 2 1 5

"I Need to Love": 5 2 1 5 1 2 1 2 1 2 3 2 1 2 1 6

"A Lonely Night": 5 5 3 2 1 5 1 2 1 2 1 2 3 2 1 2 6 6 (7 5)

35. As shown in Musical Examples 8 and 9 and the chart immediately above, using Dr. Stewart's charted sequence of pitches in "I Need to Love" and "A Lonely Night", after removing (1) the melodic pitches in "Heart of Glass" and (2) pitches that are not in "I Need to Love", the melodic similarity that remains between "I Need to Love" and "A Lonely Night" is only 5 scattered pitches, which are highlighted in red in the chart immediately above.

**Example 4** in the Stewart Report: After Removing The Melodic Pitches In Prior Art, The Melodic Similarity That Remains Is Zero Pitches

36. Example 4 at Page 5 of the Stewart Report places the pickup and bar 1 in Chorus 1 of "I Need to Love" on the top staff and the pickup and bar 5 of Chorus 1 in "A Lonely Night" on the bottom staff. The Stewart Report does not identify these bars as part of, respectively, the beginning of Chorus 1 and the middle of Chorus 1 of the two songs at issue. In Musical Example 10 immediately below, the melody at the beginning of the theme from the 1990's *X-Men* TV series (hereafter "X-Men") is placed on the top staff. Using Dr. Stewart's transcriptions of the melodies in "I Need to Love" and "A Lonely Night" from his Example 4 at Page 5 of the Stewart Report, in Musical Example 10 below, "X-Men" is on the top staff, "I Need to Love" is on the middle staff, and "A Lonely Night" is on the bottom staff.

**MUSICAL EXAMPLE 10**



37. In Musical Example11 below, using the transcriptions in Musical Example 10 immediately above, an X is placed over each pitch in the melody in the Chorus of "A Lonely Night" (1) that is also found in "X-Men" or (2) that does not correspond with a pitch in "I Need to Love". The melodic similarity that remains between "I Need to Love" and "A Lonely Night" is zero pitches. Thus, every pitch in the melodies in "I Need to Love" and "A Lonely Night" placed in issue in Example 4 at Page 5 of the Stewart Report is also found in "X-Men" or does not correspond with a pitch in "I Need to Love".

**MUSICAL EXAMPLE 11**

**"X-Men" Beginning (bar 1 of the melody)**

**"I Need to Love" Chorus 1 (bar 1)**

**"A Lonely Night" Chorus 1 (bar 5) with pitches "X"-ed that are in "X-Men" or not in "I Need to Love"**




38. In Musical Example 12 below, the X'd pitches in "A Lonely Night" are removed. The melodic similarity that remains between "I Need to Love" and "A Lonely Night" is zero pitches. Thus, every pitch in the melodies in "I Need to

Love" and "A Lonely Night" placed in issue in Example 4 at Page 5 of the Stewart Report is also found in "X-Men" or does not correspond with a pitch in "I Need to Love".

**MUSICAL EXAMPLE 12**

**"X-Men" Beginning (bar 1)**

**"I Need to Love" Chorus 1 (bar 1 of the melody)**

**"A Lonely Night" Chorus 1 (bar 5) without pitches that are in "X-Men" or not in "I Need to Love"**




39. Immediately below Example 4 at Page 5 of the Stewart Report, the sequences of pitches in the melodies in Dr. Stewart's Example 4 are charted as scale degrees. Immediately below, using the scale degrees charted in the Stewart Report regarding the melodies in "I Need to Love" and "A Lonely Night", I have placed the sequence of pitches in the melody in "X-Men" transcribed in Musical Examples 10, 11, and 12 above on the top line of the chart.

The Pitch Sequences as Scale degrees

"X-Men": 3 5 1 3 2 1 5

"I Need to Love": 5 1 3 2 1 5

"A Lonely Night": 5 5 3 2 1 5

40. As shown in Musical Examples11 and 12 and the chart immediately above, using Dr. Stewart's charted sequence of pitches in "I Need to Love" and "A Lonely Night", after removing (1) the melodic pitches in "X-Men" and (2) pitches that are not in "I Need to Love", the melodic similarity that remains between "I Need to Love" and "A Lonely Night" is zero. Every pitch in the melodies in "I Need to Love" and "A Lonely Night" placed in issue in Example 4 at Page 5 of the Stewart Report is also found in "X-Men" or does not correspond with a pitch in "I Need to Love". Furthermore, the 6 pitches in the "I Need to Love" melody (on scale degrees **5 1 3 2 1 5**) line up identically with 6 pitches in the "X-Men" melody (on scale degrees **5 1 3 2 1 5**).

41. Regarding the rhythmic durations and metric placements of the pitches analyzed above, as shown in Musical Example 10 above, the rhythmic durations and metric placements of the last three (of a total of six) notes in "A Lonely Night" and "X-Men" theme are identical consisting of a quarter note on beat 1, followed by an eighth note on beat 2, and an eighth note on the 2nd half of beat 2 tied (held over) to a quarter note on beat 3. The rhythmic durations and metric placements of the first three notes in "I Need to Love" and "A Lonely Night" are identical. Thus, the similarity between the melodic rhythm in this portion of the melodies (placed in issue in the Stewart Report) of "I Need to Love" and "A Lonely Night" is comparable to the similarity between the melodic rhythm in this portion of the melodies of "X-Men" and "A Lonely Night".

42. In summary, similarities between "I Need to Love" and "A Lonely Night" placed in issue in Dr. Stewart's Examples 1, 2, 3 and 4, pitch sequences charts, and analyses in the Stewart Report exist in well-known prior art. As shown above and using the transcriptions in the Stewart Report, after removing the expression that is also found

in "Heart of Glass" and "X-Men", the melodic similarity that remains between "I Need to Love" and "A Lonely Night" consists of scattered and fragmentary pitches. Thus, when viewed in the context of prior art, there are no significant melodic similarities between "A Lonely Night" and "I Need to Love," and there is no musicological support for a claim that any melodic elements found in "A Lonely Night" were copied from "I Need to Love".

**Example 5** In The Stewart Report: The Commonplace Use Of An Echo Of A Melody Is Significantly Different In "I Need to Love" And "A Lonely Night"

43. Example 5 at Page 6 of the Stewart Report places the pickup and bar 1 of Chorus 1 of "I Need to Love" followed by a melodic echo of that melody played on a synthesizer on the double top staff, and the pickup and bar 5 of Chorus 3 in "A Lonely Night" followed by a sung melodic echo of that melody on the double bottom staff. The Stewart Report does not identify these bars as part of, respectively, the beginning of Chorus 1 and the middle of Chorus 3 of the two songs at issue.

44. In a musicologically vacuous opinion regarding the melodic echo presented in his Example 5, Dr. Stewart writes:

> "One final detail further confirms copying. In both songs the antecedent phrase is followed by an imitative phrase that provides a melodic echo. In NL this musical effect occurs at the beginning of the work (and elsewhere) and the same device can be heard at 2:48 in LN." [At Page 6 of the Stewart Report]

45. The use of this melodic echo "effect" or convention is not only commonplace, it is executed differently in "I Need to Love" and "A Lonely Night" and its use is not remotely suggestive of copying. The echo convention "…has been widely used in popular music throughout history".[3] In popular songs, a vocal melody is often repeated or echoed. This commonplace convention in popular vocal music occurs in every Chorus in "I Need to Love". Immediately following the singing of the six-note

---

3 See "Echo" in *The New Grove Dictionary of Music and Musicians* (Oxford University Press, Second Edition, 2001, Volume 7, p. 860).

melodic phrase (with the lyrics "Da da da da da da") in bar 1 of "I Need to Love" as transcribed in Example 5 in the Stewart Report, the same melody is repeated by a synthesizer. This melodic echo convention occurs at the beginning of Chorus 1 (at 0:01), Chorus 2 (at 0:50), Chorus 3 (at 1:38), and Chorus 4 (at 2:38) as well as in the middle of Chorus 3 (at 1:53) and in the Outro at 2:54, 3:09, and 3:25 for a total of eight times in "I Need to Love".

46. By way of significant difference, in "A Lonely Night" the melodic echo is heard only one time and is a vocal melody in bar 5 of Chorus 3 (at 2:48). The initial vocal melody in "A Lonely Night" is labeled melodic phrase **A** in the Ferrara Report (and called "antecedent phrase" in the Stewart Report) and is set to the lyrics, "It was the only time". The significant differences between the melodic echoes transcribed in Example 5 in the Stewart Report include the following.

(1) The melodic echo in "A Lonely Night" occurs only one time, while the melodic echo occurs eight times in "I Need to Love".

(2) The melodic echo in "A Lonely Night" occurs at bar 5 of Chorus 3, while the melodic echo occurs at bar 1 of the Choruses in "I Need to Love".

(3) The melodic echo in "A Lonely Night" only occurs in the final Chorus 3, while the melodic echo occurs in all of the Choruses and in the Outro in "I Need to Love".

(4) The melodic echo in "A Lonely Night" is sung, while the melodic echo is played on a synthesizer in "I Need to Love".

(5) The melodic echo in "A Lonely Night" commences before the last two notes in melodic phrase **A** (the "antecedent phrase") are even sounded, while the melodic echo commences after the last note is sounded in melodic phrase **A** (the "antecedent phrase") in "I Need to Love".

(6) The melodic echo in "A Lonely Night" commences on the second half of beat 1, while the melodic echo in "I Need to Love" commences on the second half of beat 3.

(7) The melodic echo in "A Lonely Night" ends with the pitch "g", while the melodic echo in "I Need to Love" ends with the pitch "d".

(8) The melodic echo in "A Lonely Night" creates a contrapuntal melodic texture that consists of two concurrent <u>sung</u> melodies, while the melodic echo in "I Need to Love" is a <u>synthesizer</u> melody that merely begins while the last note of the "antecedent phrase" is sustained.

47. These significant differences between the single iteration of the melodic echo in "A Lonely Night" and the eight iterations of the melodic echo in "I Need to Love" are illustrated in Musical Example 13 below. Therein, bars 1 and 2 of each Chorus in "I Need to Love" are on the top staff and bars 5 and 6 of Chorus 3 of "A Lonely Night" are on the bottom staff. The note heads in the synthesizer echo in "I Need to Love" are highlighted in blue and the note heads in the vocal echo in "A Lonely Night" are highlighted in purple.

**MUSICAL EXAMPLE 13**

**"I Need To Love" Chorus 1, 2, 3, 4 (bars 1-2)**

**"A Lonely Night" Chorus 3 (bars 5-6)**



48. In summary, the use of the melodic echo convention is not only commonplace, it is different in "I Need to Love" and "A Lonely Night" and its use in these two songs is not remotely suggestive of copying.

**Example 6** In The Stewart Report Shows A Difference In Melodic Structure Between "I Need to Love" and "A Lonely Night", And "Motive A and Motive A1" Are Also In The Corresponding Chorus Melodies Of Prior Art

49. Example 6 at Page 6 of the Stewart Report places bars 1-3 of Chorus 1 of "I Need to Love" on the top staff and bars 5-7 of Chorus 1 in "A Lonely Night" on the bottom staff. The Stewart Report does not identify these bars as part of, respectively, the beginning of Chorus 1 and the middle of Chorus 1 of the two songs at issue.

50. The analysis and transcription in Example 6 at Page 6 of the Stewart Report labels the opening melody in bar 1 of Chorus 1 in "I Need to Love" "Motive A". A varied iteration of that melody (with a different last pitch) in bar 3 is labeled "Motive A1". Both "Motives", A and A1, are circled in Dr. Stewart's Example 6. The first bar of the transcription of the excerpts from "I Need to Love" and "A Lonely Night" are circled to represent "Motive A" and the varied melody in the third bar is circled to represent "Motive A1".

51. While there is nothing unusual about a melody varying in a second iteration, Dr. Stewart fails to recognize that his Example 6 shows a difference in the melodic phrase structures of these two excerpts he chose to feature. Moreover, insofar as Dr. Stewart failed to consider prior art, he failed to realize that (1) bars 1-3 of Chorus 1 of "Heart of Glass" and "The World Is Not Enough) also embody a "Motive A" and "Motive A1" and (2) the melodic phrase structure of Motives A and A1 in "Heart of Glass" and "The World Is Not Enough" is more similar to the melodic phrase structure in "A Lonely Night" than the similarity between "A Lonely Night" and "I Need to Love" as transcribed in Example 6 in the Stewart Report.

52. This is shown in Musical Example 14 immediately below. Therein, bars 1-3 of Chorus 1 of "Heart of Glass" are on the top staff, Dr. Stewart's transcription of bars

1-3 of Chorus 1 of "I Need to Love" are on the middle staff, and Dr. Stewart's transcription of bars 5-7 of Chorus 1 of "A Lonely Night" are on the bottom staff. Following Dr. Stewart's color use, Motive A is circled in green and Motive A1 is circled in blue in Musical Example 14 below.

**MUSICAL EXAMPLE 14**




53. As shown in Musical Example 14 above, the melody in bars 1-3 of Chorus 1 of the prior art song, "Heart of Glass" and the melody in bars 1-3 of Chorus 1 in "I Need to Love" include Motive A and Motive A1. Moreover, the melodic phrase structure in "Heart of Glass" and "A Lonely Night" includes additional melodic expression in the first half of bar 2. By way of difference, as transcribed by Dr. Stewart, there is no additional melodic expression in the first half of bar 2 in "I Need to Love".

54. Moreover, as shown in Musical Example 12 at Page 29 of the Ferrara Report, the prior art song, "The World Is Not Enough" also embodies this commonplace convention. Like bars 1-3 of Chorus 1 of "Heart of Glass" and

bars 5-7 of Chorus 1 from "A Lonely Night" (the latter as transcribed in Example 6 in the Stewart Report), the melodic phrase structure of Motive A and A1 in bars 1-3 of Chorus 1 of "The World Is Not Enough" is more similar to the melodic phrase structure in "A Lonely Night" than the similarity between the melodic phrase structures in "A Lonely Night" and "I Need to Love" as transcribed in Example 6 in the Stewart Report.

55. In summary, Example 6 in the Stewart Report merely represents the use of a commonplace convention, varying a melodic motive in a second iteration. While there is nothing unusual about varying a melodic motive in a second iteration, Dr. Stewart fails to recognize that his Example 6 shows a difference in the melodic phrase structures of the two excerpts he chose to feature. Moreover, insofar as Dr. Stewart failed to consider prior art such as the very well-known prior art songs "Heart of Glass" and "The World Is Not Enough", he failed to realize that (1) bars 1-3 of Chorus 1 of "Heart of Glass" and "The World Is Not Enough" also embody a "Motive A" and "Motive A1" melodic structure and (2) the melodic phrase structure of Motives A and A1 in "Heart of Glass" and "The World Is Not Enough" is more similar to the melodic phrase structure in "A Lonely Night" than the similarity between the melodic phrase structures in "A Lonely Night" and "I Need to Love" as transcribed in Example 6 in the Stewart Report.

## II. D. QUANTITATIVE AND QUALITATIVE ANALYSES

The Quantitative and Qualitative Analyses In The Stewart Report Are Moot

56. Pages 6-8 of the Stewart Report contain quantitative and qualitative analyses of the expression placed in issue in "I Need to Love" and "A Lonely Night". However, as shown in the Ferrara Report and in the rebuttal report above, after removing the expression that is also found in prior art, from a musicological perspective, the similarities that preexist "I Need to Love" in "Heart of Glass", "The World Is Not Enough", and "X-Men" cannot be used to support a claim of copying, or a claim of the copying of expression that can be monopolized in "I Need to Love". Consequently, from

a musicological perspective, the quantitative and qualitative analyses in the Stewart Report are moot.

## II. E. COPYING IS NOT ESTABLISHED

Paragraph 9 In The Stewart Report Presents An Unsupportable Opinion

57. Paragraph 9 at Page 8 of the Stewart Report begins with the following sentence: "In this investigation and analysis I have found substantial similarities that in my opinion can only be the result of copying". Dr. Stewart failed to research let alone even mention prior art. Within the context of a proper prior art search and analysis, there is no musicological support for a claim of copying.

58. As shown in the Ferrara Report and using Dr. Stewart's own transcriptions in the rebuttal report above, the elements in common between "I Need to Love" and "A Lonely Night" are objectively embodied in well-known prior art. These prior art works undercut Dr. Stewart's opinion regarding copying and objectively establish that the expression at issue was widely available to the writers of "I Need to Love" and "A Lonely Night" before either was created.

## III. CONCLUSIONS

59. The Stewart Report has not changed my opinions presented in the Ferrara Report. It continues to be my opinion that while "I Need to Love" and "A Lonely Night" share musical similarities, those similarities exist in well-known prior art. The similarities between "I Need to Love" and "A Lonely Night" were plainly accessible to the writers of both "I Need to Love" and "A Lonely Night". As shown in the Ferrara Report and in the rebuttal report above, the musical elements that are found in both "I Need to Love" and "A Lonely Night" are in the very well-known hit songs, "Heart of Glass" (recorded by Blondie and released on the album *Parallel Lines* in 1978 and as a single in 1979) and "The World Is Not Enough" which was the title song in the 1999 James Bond movie, *The World Is Not Enough* (released in 1999 as track 1 on the movie sound track album and as a single in 1999), as well as in the 1990's *X-Men* TV show theme.

60. The rebuttal report above shows that even using Dr. Stewart's transcriptions of expression he places in issue in "I Need to Love" and "A Lonely Night", after removing the expression that is also found in prior art, the similarity that remains between "I Need to Love" and "A Lonely Night" is fragmentary and scattered pitches. From a musicological perspective, the similarities that preexist "I Need to Love" in "Heart of Glass", "The World Is Not Enough", and the 1990's *X-Men* TV show theme cannot be used to support a claim of copying, or a claim of the copying of expression that can be monopolized in "I Need to Love". Moreover, as shown in the Ferrara Report, "I Need to Love" and "A Lonely Night" have many differences. As shown in the rebuttal report above, the Stewart Report failed to consider the many differences. Consequently, when viewed in the context of prior art, there are no significant structural, harmonic, rhythmic, lyrical, or melodic similarities between "A Lonely Night" and "I Need to Love," and there is no musicological support for a claim that any musical elements found in "A Lonely Night" were copied from "I Need to Love".

Respectfully submitted,

April 25, 2020 By: Lawrence Ferrara, Ph.D.



________________________

For: Lawrence Ferrara, Inc.