JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SMITH, BRIAN CLOVER, SCOTT McCULLOCH, | CV 19-2507 PA (MRWx) |
| Plaintiffs, | JUDGMENT |
| v. | |
| THE WEEKND, et al., | |
| Defendants. | |

Pursuant to the Court's July 22, 2020 Minute Order granting the Motion for Summary Judgment filed by defendants Abel M. Tesfaye, Jason Quenneville, Ahmed Balshe, Wassim Salibi, The Weeknd XO, LLC, The Weeknd XO, Inc., The Weeknd XO Music, ULC, DaHeala & Co., LLC, SAL & CO Management LP, Sal & Co LP, XO&Co., Inc., UMG Recordings, Inc., Universal Music Group, Inc., Universal Music Publishing, Inc., Universal Music Corporation, Kobalt Music Publishing, Inc., erroneously sued as Kobalt Songs Music Publishing, Inc., Warner Chappell Music, Inc., WB Music Corp., Songs Music Publishing LLC, also sued as Songs of SMP, and Artist Nation Management Group, Inc., MXM, LLC, MXM Music, AB, and Wolf Cousins (collectively "Defendants"), and the Court's August 23, 2019 Minute order granting the Motion to Dismiss the original Complaint's claim for "declaration of authorship/ownership" without leave to amend,

1      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants shall

2 have judgment in their favor against plaintiffs William Smith, Brian Clover, and Scott

3 McCulloch (collectively "Plaintiffs").

4      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs take

5 nothing and that Defendants shall have their costs of suit.

6

7 DATED: July 22, 2020

                                                                   Percy Anderson

8                                            UNITED STATES DISTRICT JUDGE